Xiaohua Huang
P.O. Box 1639, Los Gatos, CA95031
Tel: 669-273-5650
Email: paul_huang1010@outlook.com
*Pro Se* Plaintiff

FILED
AUG 17 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Xiaohua Huang *Pro Se,*
Plaintiff,
v.
Hula Networks, Inc.
Defendant.

Case No. C 26 08504 VKD

**MR. Huang's complaint against Hula Networks, Inc. for patent infringement**

Demand for Jury Trial

This is a civil action. This is a refiling of case No. 21-CV-01061-JD

Plaintiff Xiaohua Huang (hereinafter "Huang" or "Plaintiff" alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising out of U.S. Patent No. 6,744,653 (hereinafter the "'653 Patent") issued on June 1, 2006 and U.S. patent RE45259 issued on Nov.25, 2014 (hereinafter the "'RE259 Patent") to Xiaohua Huang. This action is brought to remedy the infringement of '653patent and 'RE259Patent. This action is brought to remedy the infringement of '653patent and 'RE259Patent by Hula Networks, Inc. (hereinafter "Hua Networks, " or "Defendant"). Plaintiff Huang mailed a letter to Hula Network on December, 2020 to inform Hula Network about the patents and the infringement.

**THE PARTIES**

2. Xiaohua Huang is an individual, his current residential address is at Los Gatos, CA95030. Huang has developed the state of the art high speed and low power U.S. patented TCAM designs to build IC chips used inside of Internet IP Routers("Routers"), Wireless routers, Ethernet Switches("Switches") and Data Center Switches etc. since the year of 2000.

3. Hula Networks is or purports to be a California company having its office address in 929 Berryessa Road Suite 10 San Jose, CA 95133 with is website: https://www.hulanetworks.com/ and telephone number: (650) 625-4100

**JURISDICTION AND VENUE**

4. This action arises under the patent laws of the United States, 35 U.S.C. § 101, *et seq*. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) - (c) and 1400(b) in that Defendant has its operation office to do business daily and regularly in this District.

**BACKGROUND FACTUAL ALLEGATION**

5. A true and correct copy of the '653patent and 'RE259patent is attached hereto as Exhibit A and B. The '653patent and 'RE259patent is valid and owned by Plaintiff Mr. Huang as the inventor.

6. In Nov. 2000 "Huang" found CMOS Micro Device Inc. "CMOS") to develop Ternary Content Addressable Memory (TCAM). "Huang" is the owner of "CMOS", "CMOS" is a California corporation and having its office in Campbell, California. TCAM are used to perform the search function in internet networking router, switches and Data Center Switches.

7. From November, 2000 to October, 2002, Huang finished the design of

ternary content addressable memory ( TCAM) with 0.18um and 90nm TSMC technology which are covered by the '653 Patent and 'RE259 patent. The TCAM designed by Huang is tens to hundreds of times faster in speed and consume much less power than the same products in Market at that time.

8. From 2011 to 2018 Plaintiff reversed numerous TCAM chips of NetlogicMicrosystem and TCAM chips of Renesas Electronics. With the help of Cellixsoft Corporation and Wuxi Hengyu Micro Electronics Ltd. Plaintiff obtained the evidence that the TCAM chips of Netlogic Microsystems and TCAM chips of Renesas Electronics, Inc. used the content of US patent 6744653 and RE45259. The TCAM chips of Netlogic Microsystems and Renesas Electronics infringed the claim1 of '653patent and claim 29 of US patent RE45259. Most switches and Routers have used the TCAM chips of NetlogicMicrosystems Inc. and Renesas.

9. In 2003 Plaintiff found that a company called Silicon Design Solution Inc.(SDS) selling TCAM design same as the TCAM designed by CMOS Micro Device Inc.. Recently Plaintiff found that the some IC circuit and TCAM used in the Router and Switches read the claim 17 of '653 patent and claim 29 of 'RE259 patent.

10. The patented TCAM developed by Huang has been recognized by the industry. In 2002 Andy Bechtolsheim of the general manager of Gigabit System division of Cisco System asked Huang to do the TCAM design for all Cisco products based on Cisco TCAM4 SPEC and Huang's patent filing, Huang did TCAM design used in Cisco, until now Cisco has not paid Huang and licensed Huang's patents.

**<u>THE INFRINGING PRODUCTS WHICH DEFENDNAT MAY HAVE BOUGHT AND SOLD</u>**

11. Based on the information obtained that the products sold by Defendant, including but not limited to Cisco ASR 1000, Network Switches, EX4200, EX4300, EX4500, EX4600, EX6200, EX8200 etc., contains the IC with the function schematic in Figure1 and Figure2 in the below..




Figure 1. CAM differential sensing circuit.




Figure 2. the IC circuit in CAM and other function

The above two Figure read on the claim 17 of ‘653patent and claim 29 of

'RE259patent.

| Claim 17 of US patent 653patent | The TCAM circuit of Figure1 in accused instrument EX8200,EX4500,EX4200, EX2200, Cisco ASR1000 |
|---|---|
| (1)A method for sensing a logic state of a match line in a content addressable memory (CAM), comprising: | This section(1) of the claim is a preamble |
| (2) sensing a signal on a first common line, wherein the signal on the first common line is related to a signal on the match line; | This Section(2) of the claim read the 1st common line and the related match line through N-transistors in Figure 1. |
| (3)providing a reference signal on a second common line based on a plurality of dummy transistors; | This Section(3) of the claim read the 2nd common line and the related dummy line through N-transistors in Figure 1. |
| (4)determining a difference between the sensed signal on the first common line and the reference signal on the second common line; amplifying the determined difference with a positive feedback amplifier; and providing an output value indicative of the logic state of | This section(4) of the claim read the 1st common line, 2nd common line and the differential amplifier; the difference in the 1st common line and the 2nd common line are the input of the differential amplifier and is amplified to output a value of the |

| | |
|---|---|
| the match line based on the amplified difference. | logic state based on the difference of the 1st common line and the 2nd common line in Figure1. |

Claim 17 of '653patent reads on the CAM circuit used in accused instruments EX8200,EX4500,EX4200,EX2200 , Cisco ASR1000.

| claim | The TCAM circuit Figure1,Figure2, in accused instrument Cisco ASR1000, EX8200,EX4500,EX4200, EX2200etc. |
|---|---|
| Claim 29 *of* US patent RE45259 | This claim 29 reads on the schematics of FIG. 1 and Figure 2 .The circuit in FIG.1 and Figure 2 are subset of the limitation described by this claim. |
| A content addressable memory (CAM) system, comprising: | This is preamble |
| (1)a circuit segment configured to generate a circuit segment output based on whether at least one of a plurality of circuit segment inputs received by the circuit segment corresponds to a first logic level, | (1) The output (Voltage 2) of the circuit of Figure 2 rely the logic level of input signal to the N transistor, if all the N transistor if OFF by the input logic level, then the output voltage will not change, otherwise it will change to a different logic level, which are read by the corresponding section of claim. The voltage of the 1st common line in Figure 1 connected to the differential amplifier rely on the input on N transistors in the same way, which is read by this claim. |

| | |
|---|---|
| (2) the circuit segment configured to set a node to a second logic level in response to an input signal, and | (2) First of all the output nodes in the of Figure 2 and the common line to differential amplifier in Figure1 needs to be set to high logical level and low logic level before the input signal to N transistors arrival, which are read by the corresponding section of the claim. |
| (3) to subsequently change the node to a third logic level in response to the plurality of circuit segment inputs, the circuit segment output corresponding to said third logic level. | (3) The logic level of output nodes in Figure 2 and the common line in Figure 1 will change after being set to high logic level and low logic level respectively, whether change or not rely on the logic level of the input signal to the N transistors, the logic level change of output follow the arrival of the input signal to the N transistors, which is read by the corresponding section of the claim. |

Claim 29 of 'RE259patent reads on the CAM circuit used in the accused instruments EX8200,EX4500,EX4200,CiscoASR1000.,

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 6744653**

12. Plaintiff Mr. Huang refers to and incorporates herein the allegations of Paragraphs 1-11 above.

13. On June.1, 2004, U.S. Patent No.6,744,653 (the "'653Patent") was duly and legally issued for a "CAM cells and differential sense circuit for content addressable memory (CAM)." A true and correct copy of the '653 patent is

attached hereto as Exhibit B. Xiaohua Huang as inventor is the owner of all rights, title, and interest in and to the '653 patent.

14. On information and belief, Hula Networks have willfully infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent one or more of the claims of the'653patent through buying/selling Cisco ASR1000, Network SwitchesEX2200, EX4200, EX4500, EX8200, those devices containing TCAM related circuits which have infringed at least claim 17 of the '653patent as analyzed in paragraph11 under 35 U.S.C. § 271(a), (b) and(c).

15. On information and belief, Hula Networks have induced its Customers to have infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent one or more of the claims of the '653patent by transferring data through Networking Routers and Switches of Internet and Data centers. Those Networking Routers and Switches using "TCAM" which have infringed at least claim 17 of the'653patent as analyzed in paragraph 11 under 35 U.S.C. § 271(a), (b) and (c).

16. On information and belief, Hula Networks have made contributory infringement directly, indirectly, literally, on Doctrine of Equivalent to one or more of the claims of '653patent by its customers adding its Switches and Routers to Internet System and transferring data through the TCAM for its basic ACL and QoS function which have infringed at least claim 17 of the'653patent as analyzed in paragraph 11 under 35 U.S.C. § 271(a), (b) and(c). The using of TCAM to achieve ACL and QoS function of routers and switches accused are completely not a staple article or commodity of commerce suitable for substantial non-infringing use.

17. Defendant's acts of infringement, inducing infringement and

contributory infringement have caused damage to Xiaohua Huang, and Xiaohua Huang is entitled to recover from Defendant for the damages sustained by Xiaohua Huang as a result of Defendant's wrongful acts in an amount subject to proof at trial. Defendant's infringement of Xiaohua Huang exclusive rights under the '653patent patent will continue to damage Xiaohua Huang, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Defendant 's infringement entitle Xiaohua Huang to recover damages under 35 U.S.C.§284 and to attorneys' fees and costs incurred in prosecuting this action under35 U.S.C. § 285.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. RE45259**

18. Plaintiff refers to and incorporates herein the allegations of Paragraphs 1-11 above.

19. On November 25, 2014 U.S. Patent No. RE45259 (the"'RE259Patent") was duly and legally issued for a "Hit ahead hierarchical scalable priority encoding logic and circuits." A true and correct copy of the 'RE259patent is attached hereto as Exhibit A. Xiaohua Huang as inventor is the owner of all rights, title, and interest in and to the 'RE259 patent.

20. On information and belief, Defendant has willfully infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent one or more of the claims of the'RE259 patent through buying /selling Cisco ASR1000, Network Switches EX4500, EX8200 etc., those product devices containing "TCAM " related circuit which have infringed at least claim 29 of the 'RE259patent as analyzed in paragraph 11 under 35 U.S.C. § 271(a), (b) and(c).

21. On information and belief, Defendant has induced its Customers to have infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent the claim 29 of the 'RE259 patent by transferring data through TCAM used in Networking Routers and Switches of Internet and Data centers. Those "TCAM" have infringed at least claim 29

of the'RE259 patent as analyzed in paragraph 11 under 35 U.S.C. § 271(a), (b) and (c).

22. On information and belief, Defendant has made contributory infringement directly, indirectly, literally, on Doctrine of Equivalent to the claim 29 of 'RE259 patent by its customers adding its Switches and Routers to Internet System and transferring data through the TCAM for its basic ACL and QoS function which have infringed at least claim 29 of the'RE259patent as analyzed in paragraph 11 under 35 U.S.C. § 271(a), (b) and(c). The using of TCAM to achieve ACL and QoS function of routers and switches accused are completely not a staple article or commodity of commerce suitable for substantial non-infringing use.

33. Defendant's acts of infringement, inducing infringement and contributory infringement have caused damage to Xiaohua Huang, and Xiaohua Huang is entitled to recover from Defendant for the damages sustained by Xiaohua Huang as a result of Defendant's wrongful acts in an amount subject to proof at trial. Defendant's infringement of Xiaohua Huang exclusive rights under the 'RE259 patent will continue to damage Xiaohua Huang, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Defendant's infringement entitle Xiaohua Huang to recover damages under 35 U.S.C.§284 and to attorneys' fees and costs incurred in prosecuting this action under35 U.S.C. § 285.

## JURY DEMAND

34. Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Xiaohua Huang requests a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Xiaohua Huang prays for the following relief:

(a). A judgment in favor of Xiaohua Huang that Defendant has willfully infringed

and is infringing U.S. Patent No 6744653 and RE45259 ;

(b). A judgment that the '653 and 'RE259 patent are valid and enforceable;

(c). An order preliminarily and permanently enjoining Defendant and its subsidiaries, parents, officers, directors, agents, servants, employees, affiliates, attorneys and all others in active concert or participation with any of the foregoing, from further acts of infringement of the '653patent and 'RE259;

(d). An accounting for damages resulting from Defendant's infringement of the '653 and 'RE259 patent under 35 U.S.C. § 284;

(e). An assessment of interest on damages;

(f). A judgment awarding damages to Xiaohua Huang for its costs, disbursements, expert witness fees, and attorneys' fees and costs incurred in prosecuting this action, with interest pursuant to 35 U.S.C. § 285 and as otherwise provided by law;

(g). Such other and further relief as this Court may deem just and equitable.

Dated: August 12, 2026

Respectfully Submitted,

Xiaohua Huang
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5650
Email: paul_huang1010@outlook.com

Exhibit A US patent RE45259
Exhibit B US patent No. 67446531
Exhibit C Andy Bechtolsheim Email
Exhibit D Order

# Exhibit A

# US patent RE45259

US00RE45259E

(19) **United States**
(12) **Reissued Patent**
**Huang**

(10) **Patent Number: US RE45,259 E**
(45) **Date of Reissued Patent: Nov. 25, 2014**

(54) **HIT AHEAD HIERARCHICAL SCALABLE PRIORITY ENCODING LOGIC AND CIRCUITS**

(76) Inventor: **Xiaohua Huang**, San Jose, CA (US)

(21) Appl. No.: **13/355,449**

(22) Filed: **Jan. 20, 2012**

**Related U.S. Patent Documents**

Reissue of:

(64) Patent No.: **7,652,903**
Issued: **Jan. 26, 2010**
Appl. No.: **11/073,116**
Filed: **Mar. 4, 2005**

U.S. Applications:

(60) Provisional application No. 60/550,537, filed on Mar. 4, 2004.

(51) **Int. Cl.**
*G11C 15/00* (2006.01)

(52) **U.S. Cl.**
USPC ................ **365/49.1**; 365/230.01; 365/230.05; 365/230.06

(58) **Field of Classification Search**
USPC .................. 365/49.1, 230.01, 230.05, 230.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,249,449 B1 * 6/2001 Yoneda et al. ............ 365/49.18
6,307,767 B1 * 10/2001 Fuh .......................... 365/49.17
6,392,910 B1 * 5/2002 Podaima et al. ................ 365/49
6,505,271 B1 * 1/2003 Lien et al. ..................... 711/108
7,043,601 B2 * 5/2006 McKenzie et al. ........... 711/108
7,464,217 B2 * 12/2008 Braceras et al. ............ 711/108

* cited by examiner

*Primary Examiner* — Han Yang

(57) **ABSTRACT**

In this invention a hit ahead multi-level hierarchical scalable priority encoding logic and circuits are disclosed. The advantage of hierarchical priority encoding is to improve the speed and simplify the circuit implementation and make circuit design flexible and scalable. To reduce the time of waiting for previous level priority encoding result, hit signal is generated first in each level to participate next level priority encoding, and it is called Hit Ahead Priority Encoding (HAPE) encoding. The hierarchical priority encoding can be applied to the scalable architecture among the different sub-blocks and can also be applied with in one sub-block. The priority encoding and hit are processed completely parallel without correlation, and the priority encoding, hit generation, address encoding and MUX selection of the address to next level all share same structure of circuits.

**36 Claims, 8 Drawing Sheets**




100
110
120
130
101a
101b
102a
102b
103a
103b
104a
104b
I 8x8
II 8x8
III 8x8
IV 8x8
left
right

Fig.1

Case 5:26-cv-08504-VKD Document 1 Filed 08/17/26 Page 15 of 60






Figure 2a

Figure 2b.




Hit1[i]
Add1i[5:0]
Hit2
Ph1[7:0]
add2[8:6]
add2[5:0]
Add2[8:0]
313
314
315
316
317
318
t2
t3
t4
340
300
Add2[8:0]
312
add2[5:0]
add2[8:6]
encode
310
311
8:1
Ph1[7:0]
300a
301a
307a
Hit1[7:0]
priority
309
Add10[5:0]
Hit1[0]
Add11[5:0]
Hit1[1]
Add17[5:0]
Hit1[7]
Hit2
308
300
301
307

Figure 3




Figure 4




$Hit=(A0.A1.A2...A7)(A8.A9...)(A16.A17.\ )......=\overline{\overline{(A0+A1+....)}+\overline{(A8+A9+...)}+\overline{(A16+A17+....)}+.....}$

Figure 5



BA0
604
600
603
602
First level binary encoding circuit
h6
h4
h2
h0
601
611
pch
BA0= h0 + h2 + h4 + h6


Figure 6


Add1
704
702
700
703
8 to 1 MUX circuit
701
705
Pch7
708
BA0 Ph0
BA1 Ph1
BA2 Ph2
BA3 Ph3
BA4 Ph4
BA5 Ph5
BA6 Ph6
BA7 Ph7

Figure 7

# HIT AHEAD HIERARCHICAL SCALABLE PRIORITY ENCODING LOGIC AND CIRCUITS

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

This application claims the benefit of provisional U.S. Application Ser. No. 60/550,537, entitled "Priority encoding logic and Circuits," filed Mar. 4, 2004, which is incorporated herein by reference in its entirety for all purposes.

## FIELD OF THE INVENTION

The presentation relates to content addressable memory. In particular, the present invention relates to logic and circuits of priority encoding of match or hit address.

## BACKGROUND OF THE INVENTION

In ternary content addressable memory, not every bit in each row are compared in the searching or comparing process, so some time in one comparison, there are more than one row matching the input content, it is called multi-hit or match. In multi-hit case, one protocol was made to select the highest priority address. The logic of selecting the highest priority address is called priority encoding.

Assume we have $\{A_0, A_1, \ldots A_{n-1}\}$ hit signals from the corresponding addresses and define $A_0$ has the highest priority and $A_n$ has the lowest priority. Assume some of $\{A_0, A_1, \ldots A_{n-1}, A_n\}$ are logic "1" and all of the others are logic "0", the priority encoding keep the highest priority "1" as "1" and convert all the other "1" into "0". The logic operation of this transform:

$$\{A_0, A_1, \ldots A_{n-1}, A_n\} \Rightarrow \{h_0, h_1, \ldots h_{n-1}, h_n\} \quad (1)$$

can logically be expressed as:

$$h_0 = A_0 \quad (2)$$

$$h_1 = \overline{A}_0 * A_1$$

$$h_2 = \overline{A}_0 * \overline{A}_1 * A_2$$

$$\ldots$$

$$h_n = \overline{A}_0 * \overline{A}_1 * \overline{A}_2 \ldots A_{n-1} * \overline{A}_n$$

Which means only when $A_0$ to $A_{i-1}$, are all zero, $h_i=A_i$, otherwise no matter $A_i=0$ or 1, $h_i=0$.

After the priority encoding, the hit address with the highest priority will be encoded to the binary address.

If the entry N are large, say 1K to 128K or even 1M, the calculation of priority logic (2) will take long time if we use serial logic. So we come out the inventions which will be described in the following.

## SUMMERY OF THE INVENTION

In this invention, we propose a multi-level hierarchical scalable priority encoding. For example we make 8 entry as one group as first level and 8 first level as a second level, total 64 entry. Then we can make 8 second level as third level, total 512 entry, and so on. The advantage to make hierarchical priority encoding is to improve the speed, and simplify the circuit implementation and make circuit design flexible and scalable.



To reduce the time of waiting for previous level priority encoding result, we generate the hit signal first in each level to participate next level priority encoding, and we call it Hit Ahead Priority Encoding (HAPE) encoding.

The hierarchical priority encoding can be applied to the scalable architecture among the different sub-blocks and can also be applied with in one sub-block.

## BRIEF DESCRIPTION OF THE DRAWINGS

Preferred embodiments of the invention will now be described, by way of example only, with reference to the attached Figures, wherein:

FIG. **1** is a block diagram of scalable architecture of CAM with many sub-block in accordance with one embodiment of the present invention.

FIG. **2a** is a logic block diagram of hierarchical priority encoding and match address binary encoding within one sub-block in accordance with one embodiment of present invention.

FIG. **2b** is the and timing diagram in accordance with FIG. **2b** of present invention.

FIG. **3** is a logic block diagram of hierarchical priority encoding and match address binary encoding in higher level or among the different sub-block and timing diagram in accordance with one embodiment of present invention.

FIG. **4** is the circuit implementation of priority encoding with **8** input address in accordance with one embodiment of present invention.

FIG. **5** is the circuit implementation of the HIT generation logic address in accordance with one embodiment of present invention.

FIG. **6** is the circuit implementation of binary encoding logic in accordance with one embodiment of present invention.

FIG. **7** is the circuit implementation of 8 to 1 mux in accordance with one embodiment of present invention.

## DETAILED DESCRIPTION OF THE INVENTIONS

To make the priority encoding logic calculation quicker, the entire CAM block can be divided into 256 block and divided into four quadruple, each quadruple has 8×8=64 block and each block has 8×8=64 entry as shown in FIG. **1** with embodiment **100**.

This is just to explain the principle, the entry number of each sub-block and the number of sub-block can be different. Assume the data pad **110** are equally distributed in four side of the chip. If all of the data pad **110** are in one side or less than four side, the principle is same.

First step, route all the data signal in each side (only one side are drawn in the FIG. 1) to the middle point of that side, which is shown as route **101a** in FIG. **1**. Second step, route all the data signal to the center of the chip shown as route **102a** in FIG. **1**. Third step, in the center point send the data to be compared to both left and right side (only right side path **103a** is shown in FIG. **1**. Fourth step, send data to each one of the 8 column both upper part and down part shown as **104a** in FIG. **1**. Fifth step, the data to be compared are then sent to each sub-block **120** in each column to perform the compari-

son with each entry in every sub-block **120**. In embedded application, the entry number of TCAM is not very large. In that case, the data path start from path **104a**. If only some selected sub-block are searched or compared, the data to be compared will only be sent into those sub-block to save power consumption. After comparison with each entry inside each sub-block **120**, the first level and second level priority encoding and binary encoding are performed which will be explained in details in FIG. **2**, then the priority encoding in each column **130** among 8 sub-block will be performed as third level priority encoding and the hit address are sent out through path **104b**. Next step fourth level priority encoding will be performed among 8 column **130** in each quadruple and the Hit address are sent out through path **103b**. Next step the priority encoding will be performed in the center of chip among four quadruple and the hit address will be sent through path **102b**. Last step the hit address are sent to the output pad **110** through path **101b**. The priority encoding among upper quadruple and lower part quadruple can be performed together in path **103b**.

The priority encoding logic calculation block diagram for each 8×8=64 entry sub-block **120** are shown in FIG. **2a** with embodiment **200a**. Each 8 entry of 64 entry are grouped together to do hit logic function from **2h0** to **2h7** and generate Hit[0] to Hit[7] in block **201**. In the same time each 8 entry of 64 entry are performed priority encoding logic calculation in each block from **2p0** to **2p7** of embodiment block **202** to generate P[63:0], then proceed binary encoding from **2e0** to **2e7** in embodiment block **203** to generate any three bit BA0[2:0] to BA7[2:0] binary address if there is a hit in any 8 bit group. The eight signal of Hit[0] to Hit[7] from block **201** will perform priority encoding in block **206** which is logically exact same as the priority encoding in each 8 entry group from 2p0 to 2p7. The Priority Hit Ph[7:0] from Hit[0] to Hit[7] will select the 8 to 1 mux **204** and select one three bit binary address from BA0[2:0] to BA7[2:0] and become Add1[2:0]. The priority bit of Hit[0] to Hit[7] is binary encoded in block **207** which is logically same as the binary encoding block from **2e0** to **2e7** to generate the address: Add1[5:3]. Add1[5:3] and Add1[2:0] make Add1[5:0]. Hit[0] to Hit[7] further perform the logic function in block **2hh** which is logically same as any block **2h0** to **2h7** and generate the next level Hit1. Both Add1[5:0] and Hit1 will be passed to the next level.

The timing diagram of embodiment **200a** is shown in FIG. **2b** with embodiment **200b**. Assume all the Hit or miss signal from TCAM comparison A[i] (A[63:0])which is drawn as signal **240** are available in time $t_0$, the first level hit signal Hit[7:0] generated by block **2h0** to **2h7** are drawn as **241** which is available at time $t_1$. In the same time A[63:0] are divided into eight group and priority encoded by block **2p0** to 2p7, generating P[0] to P[63] which are drawn as **244** and available at time $t_1$. The time delay of generating Ph[7:0] which are drawn as **246** and the time delay of generating.

BA0[2:0] to BA7[2:0] which are drawn as **245** are roughly same and they are generated in time $t_2$. So the Binary address Add1[2:0] which are drawn as **248** are selected by Ph[7:0] from the 8 group address BA0[2:0] to BA7[2:0] through an eight to one MUX **204** without any further delay except the delay of MUX itself which is $(t_3-t_2)$, and the address Add1[5:3] which are drawn as **247**, Add1[2:0] and Add[5:0] which are drawn as **249** are available at time $t_3$.

So the total delay from A[63:0] available to the output of binary hit address Add1[5:0] is about three stage delay(priority **2p0**, binary encoding **2e0** and 8 to 1 MUX **204**), where we call each block(**2p0**, **2e0** and **204** etc) as one stage. The delay of Hit1 **243** is two stage delay. So the output of Hit1 which is available at $t_2$ which is one stage earlier than the output of binary Hit address Add1[5:0] **249** which is available at $t_3$. Only Hit1 and Add1[5:0] are sent to the next level priority encoding. The entire sub-block are abstracted as symbol **208**. The timing delay of hit, priority encoding, binary encoding and 8 to 1 mux will be analyzed in details.

FIG. **3** is the logic block diagram of priority encoding of higher level among the eight group of 64 entry sub-block or among the 8 sub-block in every column **130** in FIG. **1**. The Hit signal Hit1[7:0] which is marked as **313** in FIG. **3** are one stage earlier than the binary hit address Add10[5:0] to Add17[5:0] which are marked as **314**. Eight bit HIT signal of Hit1[7:0] perform priority encoding in block **309**, then the priority hit signal Ph1[7:0] will select Add2[5:0] from the eight input MUX **311**.

In the same time Ph1[7:0] are encoded into binary address Add2[8:6] in block **310**. Add2[8:6] and Add2[5:0] make Add2[8:0]. In block **308** eight input Hit1[7:0] generate Hit2 at time $t_3$ which is one stage earlier than Binary hit address Add2[8:0]. From the timing diagram **340** in FIG. **3**, the delay of binary hit address Add1i[5:0] which is signal **314** to Add2[8:0] which is marked as **319** is an 8 to 1 MUX delay which is $(t_4-t_3)$, where i=0 to 7. In this hierarchical priority design, the delay on each level is an 8 to 1 MUX delay because the selection signal from the priority encoding among the hit signals is available one stage earlier and there is no extra delay to wait for the selection signal.

Another advantage of this hierarchical priority encoding is that the simplicity of circuit design. We already see that each level shares the same logic and circuit design. Say, the priority function block **206**, **309** in each level are same in logic and circuit, which is shown in FIG. **4**, embodiment **400**.

Embodiment **400** in FIG. **4** is a sample implementation of the priority logic equation (2) which can be deduced to equation (3), where n=7.

$$
\begin{aligned}
h_0 &= A_0 \\
h_1 &= \overline{A}_0 * A_1 = \overline{A_0 + \overline{A}_1} \\
h_2 &= \overline{A}_0 * \overline{A}_1 * A_2 = \overline{A_0 + A_1 + \overline{A}_2} \\
&\ldots \\
h_n &= \overline{A}_0 * \overline{A}_1 * \overline{A}_2 \ldots \overline{A}_{n-1} * A_n = \overline{A_0 + A_1 \ \ldots \ + A_{n-1} + \overline{A}_n}
\end{aligned}
\tag{3}
$$

The equation (3) is implemented as embodiment **400** in FIG. **4**. Each line from **4y0** to **4y7** connect the drains of a few N transistors and each line **4y0** to **4y7** is the output of dynamic NOR logic of N transistor connected to that line. At the beginning of each cycle, the gate input signals $\overline{A}_0$ to $\overline{A}_7$ and $A_0$ to $A_7$ of all the N transistor from **401** to **436** are set to logic zero which turn off all the N transistors and the enable signal en is set to logic zero which makes all the output of NAND gate **445** to **452** to logic one and then turn all the output of inverter **453** to **460** into logic zero. The input pch of the P transistors **437** to **444** are set to logic zero and the P transistor **437** to **444** are turned on, which make the line **4y0** to **4y7** connecting to Vdd with low impedance and pre-charge the potential level of line **4y0** to **4y7** up to Vdd, then the signal pch is turned into Vdd and turn off the P transistors **437** to **444** before the TCAM comparison results $A_0$ to $A_7$ and their complementary $\overline{A}_0$ and $\overline{A}_7$ arrive. The Hit signal among A0 to A7 will be logical "one" at potential Vdd and the missed signal among A0 to A7 will be logical zero at potential ground. Only the highest priority hit, the output of the NOR

gates are logically high. For example, $A_0=0$, $A_1=0$, $A_2=Vdd$ and $A_3=Vdd$, the highest priority hit is $A_2$. The input of N transistor **401** is Vdd and N transistor **401** is turned on and the node **4y0** is discharged to ground. The input of transistor **402** which is the complementary of $A_1$ is also Vdd and the transistor **402** is ON, the node of **4y1** is also discharged to ground.

Since $A_0=0$, $A_1=0$, $A_2=Vdd$, $\overline{A}_2=0$, so the inputs of transistors **404, 405, 406** are all zero and the transistor **404, 405, 406** are all OFF and the node 4y2 will not be discharged and will be kept logically "one" at potential Vdd. Since $A_2=Vdd$, the inputs of transistors **408, 413, 419, 426** and **434** will be Vdd and all the node **4y3, 4y4, 4y5, 4y6** and **4y7** will be pulled to ground no matter if $A_3$, $A_4$, $A_5$, $A_6$ and $A_7$ are logically one or zero. The slowest path or worst case is only one input among eight N transistor **429, 430, 431, 432, 433, 434, 435** and **436** connected to node **4y7** is Vdd and all the others are zero. in that case one transistor need to discharge the drain parasitic capacitance of eight transistor and the metal wire capacitance connected to node **4y7**. The signal en is characterized to turned to Vdd later then node **4y7** is discharged in worst case. The worst case delay of eight input priority encoding is that one N transistor discharging the drain parasitic capacitance of eight same size N transistor down to ground plus the delay of one NAND gate and one inverter.

The logic of Hit function block **2h0, 2h1**, . . . **2hh** and **308** in each level is also same and its logic and circuit are shown in FIG. **5**. The embodiment **510** is the circuit implementation of one block **2h0** and the embodiment **520** is the circuit implementation of both block **201** and block **2hh** in FIG. **2a** together. The operation principle of **510** is: 1) all the input A0 to A7 are set to zero as in embodiment **400** in FIG. **4**. 2) Set the gate input **522** of P transistor **501** to zero to pre-charge the node **503** to Vdd, then turn **522** to Vdd and turn off the P transistor **501** before the signal A0 to A7 arrive. If all the input A0 to A7 are zero, the input of N transistors are zero and all the N transistors **502** are OFF and the node **503** is kept in Vdd and the output signal of inverter **504** is zero. If only one input among A0 to A7 is Vdd and all the others are zero, which is the worst case, the delay of **510** is that one N transistor discharge the drain parasitic capacitance of the eight same size N transistor down to ground plus the delay of one inverter.

The binary encoding logic and circuit is shown as embodiment **600** in FIG. **6**. The operation principle of **600** is: 1) all the input $h_0$, $h_2$, $h_4$ and $h_6$ are set zero. 2) Set the gate input **611** of P transistor **601** to zero to pre-charge the node **603** to Vdd, then turn **611** to Vdd and turn off the P transistor **601** before the signal $h_0$, $h_2$, $h_4$ and $h_6$ arrive. If all the input signal $h_0$, $h_2$, $h_4$ and $h_6$ are zero, the input of N transistors are zero and all the N transistors **602** are OFF and the node **603** is kept in Vdd and the output signal of inverter **604** is zero. If only one input among $h_0$, $h_2$, $h_4$ and $h_6$ is Vdd and all the others are zero, which is the worst case, the delay of **600** is that one N transistor discharging the drain parasitic capacitance of the four same size N transistor down to ground plus the delay of one inverter.

The MUX logic and circuit is shown in FIG. **7** as embodiment **700**. The operation principle of **700** is: 1) the input signal $Ph_0$, $Ph_1$, $Ph_2$, $Ph_3$, $Ph_4$, $Ph_5$, $Ph_6$ and $Ph_7$ are set zero. 2) Set the gate input **705** of P transistor **701** to zero to pre-charge the node **703** to Vdd, then turn **705** to Vdd and turn off the P transistor **701** before the signal $Ph_0$, $Ph_1$, $Ph_2$, $Ph_3$, $Ph_4$, $Ph_5$, $Ph_6$ and $P_7$ arrive. Since $Ph_0$, $Ph_1$, $Ph_2$, $Ph_3$, $Ph_4$, $Ph_5$, $Ph_6$ and $Ph_7$ are from Priority encoding, only one signal among them is Vdd and all the other are zero if there is hit. After AND logic, only one output of the seven AND gate **708** is equal to the input value which is the selected bit from $Ba_0$ to $Ba_7$. If the selected bit from $Ba_0$ to $Ba_7$ is zero, the node **703** is kept Vdd and the output of inverter **704** is zero and the selected bit value zero is passed out. If the selected bit from $Ba_0$ to $Ba_7$ is Vdd, one N transistor among eight N transistor **702** is turned ON and the node **703** is discharged down to ground and the output of inverter **704** is Vdd(logical one) and the selected bit value Vdd is passed out, which is the worst case, the delay of **700** is one N transistor discharging the drain parasitic capacitance of the eight same size N transistor down to ground plus the delay of one inverter and one AND gate. Usually one AND gate includes one inverter and one NAND gate, so the delay of **700** is one N transistor discharging the drain parasitic capacitance of the eight same size N transistor down to the ground plus the delay of two inverter and one NAND gate.

The entire Priority encoding logic and circuit are simplified as a four basic building block of **400, 510, 600** and **700** in FIGS. **4, 5, 6** and **7**. The delay of each block **400, 510, 600** and **700** are comparable and we call the time of delay of each block **400, 510, 600** and **700** one stage. If we define the delay of hit logic block **510** as $T_h$, one inverter delay is $T_i$ and one NAND gate delay is $T_n$. The delay of priority encoding block **400** is $(T_h+T_n)$ since the delay of block **400** is one more NAND gate delay comparing with block **510**. The delay of block **600** is roughly $T_h$. The delay of MUX block **700** is $(T_h+T_n+T_i)$. The extra delay of each higher level priority encoding is a MUX **700** selection delay because that the Hit signal in each priority encoding level is generated one stage earlier than the binary hit address and the selection signal of the MUX is already available when the binary address to be selected arrive and will not suffer extra delay.

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What is claimed is:

1. A content address able memory(CAM) and hit ahead priority encoding(HAPE) logic, comprising:

a group of blocks which is arranged in column and row, each block has equal number of CAM match signals which are the input signals of priority encoding logic, each block has same priority encoding logic of CAM match signals within the block, the CAM match signals or input signals are arranged from lower priority to higher priority or from higher priority to lower priority, each CAM match signals or input signal has either high logic level "one" which is called hit or low logic level "zero" which is called miss, each block generates block hit when there is at least one CAM match signal is high logic "one" within the block or block miss signal when all the CAM match signals are in low logic level "zero" within the block and block binary address signal corresponding to the CAM match signals of highest priority within the block, a priority encoding logic of block hit or miss signals of each column, each column generates a column hit signal when there is at least one block hit signal within the column or column miss signal when there is only block miss signals within the column and column binary address corresponding to the CAM match signals of highest priority within the column, a priority encoding logic of column hit or miss signals of a group column, a group of column generates a hit signal when there is at least one column hit signal within the

group column or a miss signal when there is only column miss signals within the group column and a group column binary address corresponding to the CAM match signals of highest priority within the group column.

2. A content address able memory(CAM) and hit ahead priority encoding(HAPE) logic of claim 1, further comprising:

a block multiplexer to select the binary address from the block of highest priority hit within the column as less significant portion of the column binary address; and

a priority encoding logic of block hit signals to generate the block multiplexer control signal which select the block of highest priority hit within the column, and a binary address encoding logic of block hit signals to generate the more significant portion of the column highest priority binary address.

3. A content address able memory(CAM) and hit ahead priority encoding(HAPE) logic of claim 1, wherein each block comprises:

a group of sub-blocks, each sub-block has equal number of input signals, each sub-block has priority encoding and binary address encoding logic to generate sub-block highest priority binary address as well as hit or miss generating logic to generate sub-block hit or miss signal, and the sub-block hit or miss signal is generated independently before sub-block binary address;

a block hit or miss generating logic to generate block hit or miss signal and block hit or miss signal is generated independently before the block binary address is generated;

a sub-block multiplexer to select the binary address from the highest priority sub-block within the block as less significant portion of block binary address; and

a priority encoding logic of each sub-block hit signals to generate the control signal of sub-block multiplexer, and a binary address encoding logic of each sub-block hit signals to generate the more significant portion of block binary address.

4. A content addressable memory(CAM) and hit ahead priority encoding(HAPE) logic of claim 3, wherein priority encoding logic, address encoding logic and multiplexer have the logic circuit of same structure.

5. A content address able memory(CAM) and hit ahead priority encoding(HAPE) logic of claim 4, wherein the hit generating logic, priority encoding logic, address encoding logic and multiplexer have dynamic NOR logic.

6. A content address able memory(CAM) and hit ahead priority encoding(HAPE) logic of claim 2, wherein the signal of controlling the multiplexer is generated before or in the same time that the less significant portion of the highest priority local address is generated.

*7. A content addressable memory (CAM) and hit ahead priority encoding (HAPE) logic, comprising:*

*a group of blocks which are arranged in columns and rows, each block having an equal number of CAM match signals which are the input signals of priority encoding logic, each block having a same priority encoding logic of CAM match signals within the block, the CAM match signals or input signals arranged from lower priority to higher priority or from higher priority to lower priority, each CAM match signal or input signal being either a high logic level "one which is called hit or a low logic level "zero" which is called miss, each block configured to generate a block hit signal when there is at least one CAM match signal that is a high logic level "one" within the block or a block miss signal when all the CAM match signals are a low logic level "zero" within the block and a block binary address signal corresponding to the CAM match signals of highest priority within the block;*

*a priority encoding logic of block hit or miss signals of each column, each column configured to generate a column hit signal when there is at least one block hit signal within the column or a column miss signal when there are only block miss signals within the column and a column binary address corresponding to the CAM match signals of highest priority within the column; and*

*a priority encoding logic of column hit or miss signals of a group column, the group column configured to generate a hit signal when there is at least one column hit signal within the group column or a miss signal when there are only column miss signals within the group column and a group column binary address corresponding to the CAM match signals of highest priority within the group column.*

*8. The content addressable memory (CAM) and hit ahead priority encoding (HAPE) logic of claim 7, further comprising:*

*a block multiplexer configured to select a binary address from the block having the highest priority hit within the column as a less significant portion of the column binary address,*

*the priority encoding logic of block hit signals being configured to generate a block multiplexer control signal for selecting the block having the highest priority hit within the column; and*

*a binary address encoding logic of block hit signals configured to generate a more significant portion of the column binary address.*

*9. The content addressable memory (CAM) and hit ahead priority encoding (HAPE) logic of claim 7, wherein each block comprises:*

*a group of sub-blocks, each sub-block having an equal number of input signals, each sub-block having priority encoding and binary address encoding logic configured to generate a sub-block highest priority binary address as well as hit or miss generating logic configured to generate a sub-block hit or miss signal, the sub-block hit or miss signal being generated independently before the sub-block binary address;*

*a block hit or miss generating logic configured to generate a block hit or miss signal, the block hit or miss signal being generated independently before the block binary address is generated;*

*a sub-block multiplexer configured to select a binary address from a highest priority sub-block within the block as a less significant portion of the block binary address; and*

*a priority encoding logic of each sub-block hit signals configured to generate a control signal of the sub-block multiplexer; and*

*a binary address encoding logic of the sub-block hit signals configured to generate a more significant portion of the block binary address.*

*10. The content addressable memory (CAM) and hit ahead priority encoding (HAPE) logic of claim 9, wherein the priority encoding logic, the address encoding logic, and the multiplexer have logic circuitry of the same structure.*

*11. The content addressable memory (CAM) and hit ahead priority encoding (HAPE) logic of claim 10, wherein the hit generating logic, the priority encoding logic, the address encoding logic, and the multiplexer have dynamic NOR logic.*

*12. The content addressable memory (CAM) and hit ahead priority encoding (HAPE) logic of claim 8, wherein a signal for controlling the multiplexer is generated before or at the*

*same time that the less significant portion of the highest priority local address is generated.*

*13. A content addressable memory (CAM) system, comprising:*

*one or more columns comprising a plurality of circuit segments, at least one of the circuit segments configured to generate a first circuit segment output based on whether at least one of a plurality of circuit segment inputs received by the at least one of the circuit segments corresponds to a first logic level,*

*at least one of the one or more columns configured to generate first address information based on a selected one of the first circuit segment outputs that corresponds to a second logic level, to set a node to a third logic level in response to a first input signal, and to subsequently change the node to a fourth logic level in response to one or more of a plurality of second input signals.*

*14. The CAM system of claim 13, wherein the first circuit segment output represents circuit segment hit information.*

*15. The CAM system of claim 13, wherein the at least one of the plurality of circuit segment inputs represents match information.*

*16. The CAM system of claim 13, wherein the selected one of the first circuit segment outputs is a highest priority one of the first circuit segment outputs that corresponds to the second logic level.*

*17. The CAM system of claim 13, wherein:*

*the one or more columns are a plurality of columns, and*

*the plurality of circuit segments are arranged in the plurality of columns and a plurality of rows.*

*18. The CAM system of claim 13, wherein:*

*the one or more columns are a group of columns;*

*each column in the group configured to generate a column output based on the first circuit segment output of the at least one of the circuit segments; and*

*the group configured to generate second address information based on a selected one of the column outputs that corresponds to a fifth logic level.*

*19. The CAM system of claim 13, wherein:*

*the at least one of the one or more columns is configured to pre-charge the node in response to the first input signal; and*

*the at least one of the one or more columns is configured to subsequently discharge the node in response to the one or more of the plurality of second input signals.*

*20. The CAM system of claim 13, wherein the first input signal is configurable independently of the one or more of the plurality of second input signals.*

*21. The CAM system of claim 13, wherein the first logic level and the second logic level are the same logic level.*

*22. The CAM system of claim 13, wherein the one or more columns comprise:*

*a first logic circuit configured to generate a first logic circuit output based on the selected one of the first circuit segment outputs that corresponds to the second logic level;*

*a second logic circuit configured to generate a second logic circuit output based on whether the first circuit segment output corresponds to the second logic level; and*

*a third logic circuit configured to generate the first address information based on the selected one of the first circuit segment outputs that corresponds to the second logic level.*

*23. The CAM system of claim 22, wherein at least one of the first logic circuit, the second logic circuit, and the third logic circuit is configured to set the node to the third logic level in response to the first input signal, and to subsequently change the node to the fourth logic level in response to the one or more of the plurality of second input signals.*



*24. The CAM system of claim 22, wherein:*

*the at least one of the circuit segments is configured to generate a second circuit segment output representing second address information; and*

*the one or more columns further comprise:*

*a fourth logic circuit configured to select one of the second circuit segment outputs as a less significant portion of the first address information; and*

*a fifth logic circuit configured to generate a more significant portion of the first address information.*

*25. The CAM system of claim 24, wherein at least one of the fourth logic circuit and the fifth logic circuit is configured to set the node to the third logic level in response to the first input signal, and to subsequently change the node to the fourth logic level in response to the one or more of the plurality of second input signals.*

*26. The content addressable memory (CAM) system of claim 24, wherein the one or more columns are each configured to generate a control input for the third logic circuit before or at the same time when the second circuit segment output is generated.*

*27. The content addressable memory (CAM) system of claim 22, wherein:*

*the plurality of circuit segment inputs is divided into a plurality of subsets of the circuit segment inputs; and*

*the first logic circuit comprises:*

*a plurality of fourth logic circuits each configured to generate a fourth logic circuit output based on whether at least one of a corresponding subset of the circuit segment inputs corresponds to the first logic level; and*

*a fifth logic circuit configured to generate the first circuit segment output based on whether at least one of the fourth logic circuit outputs corresponds to the first logic level.*

*28. The CAM system of claim 27, wherein:*

*at least one of the fourth logic circuit and the fifth logic circuit is configured to set the node to the third logic level in response to the first input signal, and to subsequently change the node to the fourth logic level in response to the one or more of the plurality of second input signals; and*

*the fourth logic circuit output is an input to the fifth logic circuit.*

*29. A content addressable memory (CAM) system, comprising:*

*a circuit segment configured to generate a circuit segment output based on whether at least one of a plurality of circuit segment inputs received by the circuit segment corresponds to a first logic level,*

*the circuit segment configured to set a node to a second logic level in response to an input signal, and to subsequently change the node to a third logic level in response to the plurality of circuit segment inputs,*

*the circuit segment output corresponding to said third logic level.*

*30. The CAM system of claim 29, wherein at least one of the plurality of circuit segment inputs corresponds to a match line output.*

*31. The CAM system of claim 29, wherein the circuit segment output represents circuit segment hit information.*

*32. The CAM system of claim 29, wherein at least one of the plurality of circuit segment inputs represents match information.*

*33. The CAM system of claim 29, wherein:*

*the circuit segment is configured to pre-charge the node in response to the input signal; and*

*the circuit segment is configured to subsequently discharge the node in response to the plurality of circuit segment inputs.*

*34. The CAM system of claim 29, wherein the input signal is configurable independently of the plurality of circuit segment inputs.*

*35. The CAM system of claim 29, wherein the first logic level and the third logic level are the same logic level.*

*36. The CAM system of claim 29, wherein the circuit segment is a first circuit segment, and further comprising a second circuit segment configured to generate address information based on the circuit segment output.*

* * * * *

# Exhibit B

US006744653B1

# (12) United States Patent
Huang

(10) Patent No.: US 6,744,653 B1
(45) Date of Patent: Jun. 1, 2004

(54) **CAM CELLS AND DIFFERENTIAL SENSE CIRCUITS FOR CONTENT ADDRESSABLE MEMORY (CAM)**

(76) Inventor: **Xiaohua Huang**, 12897 Regan La., Saratoga, CA (US) 95070

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 22 days.

(21) Appl. No.: **10/202,621**

(22) Filed: **Jul. 24, 2002**

**Related U.S. Application Data**

(60) Provisional application No. 60/327,049, filed on Oct. 4, 2001.

(51) **Int. Cl.**[7] .......... **G11C 15/00**
(52) **U.S. Cl.** .......... **365/49**; 365/207; 365/210
(58) **Field of Search** .......... 365/49, 207, 210; 711/108

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,162,681 A * 11/1992 Lee .......... 327/53
5,446,686 A * 8/1995 Bosnyak et al. .......... 365/49
5,598,115 A * 1/1997 Holst .......... 326/119
6,195,277 B1 * 2/2001 Sywyk et al. .......... 365/49
6,307,798 B1 * 10/2001 Ahmed et al. .......... 365/207
6,442,054 B1 * 8/2002 Evans et al. .......... 365/49

* cited by examiner

*Primary Examiner*—Richard Elms
*Assistant Examiner*—J. H. Hur
(74) *Attorney, Agent, or Firm*—Dinh & Associates

(57) **ABSTRACT**

A dummy content-addressable memory (CAM) cell and a dummy ternary CAM cell are connected to each row in a CAM and a ternary CAM array, respectively, to enable a differential match line sensing based on the content stored. The ternary CAM cell is for a differential match line sensing in low power applications. A method includes generating a voltage difference between a match line signal and a reference line signal, and then detecting and amplifying the voltage difference to determine a match or a mismatch.

**17 Claims, 18 Drawing Sheets**






FIG. 1A (---Prior Art---)


100b
110b
150b
124a
122aa
122ab
122an
Dummy CAM cell
CAM cell
CAM cell
match 1
130a
131a
CAM cell
dummy 1
Out 1
124b
122ba
122bb
122bn
Dummy CAM cell
CAM cell
CAM cell
match 2
130b
131b
CAM cell
dummy 2
Out 2
Sense Circuits
132x
132a
132b
132n
124m
122ma
122mb
122mn
Dummy CAM cell
CAM cell
CAM cell
match M
130m
131m
CAM cell
dummy M
Out M
mbl x
mbl x
mbl 1
mbl 1
mbl 2
mbl 2
mbl N
mbl N

*FIG. 1B*




FIG. 2A (---Prior Art---)




FIG. 2B (---Prior Art---)




FIG. 2C (---Prior Art---)


122x
210x
222
wl
$V_{DD}$
$V_{DD}$
212a
214a
214b
212b
224a
218a
218b
224b
220a
220b
216a
216b
$\overline{bl}$
$\overline{d}$
d
bl
232a
232b
match
130x
132xa
Ci
1
132xb
240
mbl
$\overline{mbl}$
dummy
131x
$\overline{Ci}$
1
231x
242

*FIG. 2D*


124x
210x
222
wl
VDD
VDD
212a
214a
214b
212b
224a
218a
218b
224b
220a
220b
216a
216b
bl
d
d
bl
232a
232b
match
130x
Cd
1
132xa
240x
132xb
234a
234b
dummy
131x
Cd
x
smaller size
mbl
242x
mbl
233x

FIG. 2E




FIG. 3A




FIG. 3B




FIG. 3C


400
410x
Out B
424b
412b
414b
G
416b
En1
418b
D
$V_{DD}$
422
En2
M
412a
414a
F
416a
418a
Out A
424a
122xn
240n
1
CN
CAM
Cell N
242n
match
130x
dummy
131x
122xa
240a
C1
CAM
Cell 1
242a
124x
240x
Cd
Dummmy
CAM
Cell
242x
x
$\overline{Cd}$
$V_{DD}$
310a
Pch
$V_{DD}$
310b
Pch

FIG. 4A


401
410y
$V_{DD}$
Out B
424b
412b
414b
G
416b
Saen
418c
Out A
424a
412a
414a
F
416a
426a
426b
Iso
M
D
122xn
240n
1
CN
CAM Cell N
242n
match
130x
dummy
131x
122xa
240a
C1
CAM Cell 1
242a
124x
240x
Cd
Dummmy CAM Cell
242x
x
$\overline{Cd}$
$V_{DD}$
310a
Pch
$V_{DD}$
310b
Pch

FIG. 4B


Clock
Pch
En1
En2
M
D
Match
512
514
Vss
M
D
Mismatch
524
522
Vss
Out A
Out A/B Match
Out B
Out B
Out A/B Mismatch
Out A
T1
T2
T3
T4
T5

FIG. 5A



Clock
Pch
Cd
Saen
Iso
532
M
D
Match
534
VDD
VSS
G
F
542
544
VDD
VSS
Out A/B
Out B
Out A
554
M
D
Mismatch
553
VDD
VSS
564
G
F
562
VDD
VSS
Out A/B
Out A
Out B
T1
T2
T3
T4
T5


FIG. 5B

FIG. 6


600
410x
418b
418a
En1
D
M
416b
416a
G
F
414b
414a
412b
412a
424b
424a
Out B
Out A
En2
422
V_DD
610b
610a
242n
242a
242x
131x
dummy
CAM Cell N
CAM Cell 1
Dummy CAM Cell
Cd
CN
C1
x
1
240n
240a
240x
130x
match
122xn
122xa
124x
Pch
310b
310a


Clock
Pch
En1
En2
M
D
Match
714
712
$V_{SS}$
M
D
Mismatch
722
724
$V_{SS}$
Out B
Out A/B
Match
Out A
Out A
Out A/B
Mismatch
Out B
$T_1$
$T_2$
$T_3$
$T_4$
$T_5$

*FIG. 7*




FIG. 8A (Prior Art)


122y
250y
mask
mask
match
dummy
mbl
231y
Ki
241
Ci
240
Ki
243
Ki
242
bl
d
232b
210y
232a
130y
131y
d
bl
mbl

FIG. 8B


124y
250y
mask
mask
210y
bl
d
d
bl
match
130y
dummy
131y
mbl
233y
Kd
241x
Cd
240x
Kd
243x
Cd
242x
232b
232a
234b
234a
mbl

FIG. 8C

FIG. 9A


900
410x
En1
En2
D
M
G
F
418a
418b
416a
416b
414a
414b
412a
412b
422
424a
424b
Out A
Out B
VDD
Ternary CAM Cell N
Ternary CAM Cell 1
Dummy CAM Cell
dummy
match
131y
130y
124yn
124ya
124y
Pch
310a
310b
KN
CN
K1
C1
Cd
Kd
x
1
240n
241n
242n
243n
240a
241a
242a
243a
240x
241x
242x
243x


901
$V_{DD}$
310a
Pch
124y
124ya
124yn
match
M
130y
241x
241a
241n
Kd
K1
KN
1
240x
240a
240n
Cd
C1
CN
•••
$V_{DD}$
310b
Pch
Dummmy CAM Cell
Ternary CAM Cell 1
Ternary CAM Cell N
dummy
131y
D
243x
243a
243n
x
242x
242a
242n
$\overline{Cd}$
$\overline{K1}$
$\overline{KN}$
426b
426a
Iso
410y
$V_{DD}$
Out A
Out B
424a
424b
412a
412b
414a
414b
F
G
416a
416b
Saen
418c

FIG. 9B


1000
410y
Out B
424b
432
En3
En1
412b
414b
G
416b
418b
D
$V_{DD}$
422
430
420
M
En2
412a
414a
F
416a
418a
Out A
424a
122yn
241n
240n
KN
CN
Ternary CAM Cell N
243n
242n
KN
$\overline{KN}$
match
130y
610a
dummy
131y
610b
122ya
241a
240a
K1
C1
Ternary CAM Cell 1
243a
242a
K1
$\overline{K1}$
124y
241x
240x
Kd
Cd
Dummmy Ternary CAM Cell
243x
242x
Kd
$\overline{Cd}$
$V_{DD}$
310a
Pch
$V_{DD}$
310b
Pch

FIG. 10

# CAM CELLS AND DIFFERENTIAL SENSE CIRCUITS FOR CONTENT ADDRESSABLE MEMORY (CAM)

This application claims the benefit of provisional U.S. Application Serial No. 60/327,049, entitled "High-Speed and Low Power Content Addressable Memory (CAM) Sensing Circuits," filed Oct. 4, 2001, which is incorporated herein by reference in its entirety for all purposes.

## BACKGROUND OF THE INVENTION

The present invention relates generally to semiconductor circuits, and more specifically to CAM cells and high speed and low power sense circuits for content addressable memory.

A content addressable memory (CAM) is a memory having an array of memory cells that can be commanded to compare all or a subset of the "entries" in the array against an input address. Each entry in the CAM array corresponds to the content of the cells in a particular row of the array. Each row of the array is further associated with a respective match line, which is used as a status line for the row. All or a portion of the CAM array may be compared in parallel to determine whether or not the input address matches any of the entries in the portion selected for comparison. If there is a match to an entry, then the match line for the corresponding row is asserted to indicate the match. Otherwise, the match line is de-asserted to indicate a mismatch (which may also be referred to as a "miss"). Typically, any number of match lines may be asserted, depending on the entries in the array and the input address.

In a typical CAM design, the comparison between a bit of the input address and the content of a CAM cell is performed by a comparison circuit included in the cell. The comparison circuits for all cells in each row may then be coupled to the match line for the row. For simplicity, the comparison circuits may be designed such that a wired-OR operation is implemented for the outputs from all comparison circuits coupled to any given match line. In one common design, the output for each comparison circuit is formed by the drain of an N-channel output transistor. This output transistor is turned ON if there is a mismatch between the input address bit and the memory cell content and is turned OFF otherwise. The match line may be pre-charged to a logic high prior to each comparison operation, and would thereafter remains at logic high only if all output transistors for the row are turned OFF, which would be the case if there is a match between all bits of the entry for the row and the input address. Otherwise, if at least one output transistor is turned ON due to a mismatch, then the match line would be pulled low by these transistors. The signal (or voltage) on the match line may thereafter be sensed or detected to determine whether or not there was a match for that row.

The conventional CAM cell and CAM sensing mechanism described above, though simple in design, have several drawbacks that affect performance. First, speed may be limited by the wired-OR design of the match line, if some speed-enhancing techniques are not employed. Each row may include a large number of cells (e.g., possibly 100 or more cells). In this case, if only one bit in the entire row does not match, then only one output transistor will be turned ON and this transistor will need to pull the entire match line low (e.g., from $V_{DD}$ to $V_{SS}$). A long time (i.e., $t=C\cdot V_{DD}^2/I$, where C is the capacitance of each entire match line and I is the current of each transistor) may then be required to discharge the line, which would then limit the speed at which the CAM



array may be operated. Second, excessive power may be consumed by the CAM design described above. Typically, only one row will match the input address, and all other rows will not match. In this case, all but one match line will be pulled to logic low (e.g., to $V_{SS}$) by the output transistors that are turned ON due to mismatches. The power consumed may then be computed as $(M-1)\cdot C\cdot V^{DD2}$, where (M−1) is the number of mismatched rows, C is the capacitance of each match line, and $V_{DD}$ is the voltage swing of the match line during discharge.

As can be seen, there is a need for CAM cells and sense circuits that can ameliorate the shortcomings related to speed and power in the conventional design.

## SUMMARY OF THE INVENTION

The invention provides CAM cell designs having improved performance over a conventional design. The invention further provides techniques to detect the signal (or voltage) on a match line coupled to a number of CAM cells and having faster speed of operation and possibly lower power consumption.

In an aspect, a content addressable memory (CAM) cell is provided having improved performance. The CAM cell includes a memory cell operable to store a bit value and a comparison circuit configured to detect the bit value stored in the memory cell. The comparison circuit includes (1) an output transistor coupled to a match line and configured to provide a drive for the match line based on the detected bit value, and (2) a dummy transistor coupled to a dummy line. The match line and dummy line are used to detect an output value provided by the CAM cell. In an embodiment, the dummy transistor (1) has similar dimension as the output transistor, (2) is located in close proximity to the output transistor, and (3) is turned OFF during sensing operation. The dummy transistor is used to achieve low voltage swing (small signal) sensing and provides for low power and high-speed operation.

In another aspect, a sense circuit is provided for sensing a logic state of a match line in a content addressable memory (CAM). The sense circuit includes a pair of amplifiers cross-coupled in a positive feedback configuration. The first amplifier has one input operatively coupled to the match line, and the second amplifier has one input operative to receive a reference signal. The match line is driven by a number of output transistors for a row of CAM cells. The reference signal is generated based on a row of dummy transistors that are similarly arranged as the output transistors. When enabled, the amplifiers detect the difference between the signals on the match line and the reference signal and further amplify the detected difference such that the logic value on the match line may be ascertained. The sense circuit may further include (1) a pair of pass transistors operatively coupled to the pair of amplifiers and used to enable the sense circuit, and (2) a switch coupled between outputs/inputs of the cross-coupled amplifiers and used to reset the amplifiers prior to each match line sense cycle. In a specific implementation, the first and second amplifiers may each be implemented as an inverter with gain (e.g., a P-channel transistor coupled in series with an N-channel transistor).

The match line is coupled to the output transistors for the row of CAM cells and may further be coupled directly to one input of the first amplifier. The dummy transistors couple to a dummy line that may further be coupled directly to one input of the second amplifier. Alternatively, the output transistors may also couple to a first common line that is

coupled to the input of the first amplifier. In this case, the dummy transistors would similarly couple to a second common line that is coupled to the input of the second amplifier.

Various other aspects, embodiments, and features of the invention are also provided, as described in further detail below.

The foregoing, together with other aspects of this invention, will become more apparent when referring to the following specification, claims, and accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a block diagram of a conventional content addressable memory (CAM) unit;

FIG. 1B is a block diagram of a CAM unit wherein certain aspects and embodiments of the invention may be implemented;

FIGS. 2A, 2B, and 2C are respectively a block diagram, a schematic diagram, and a logic diagram for an embodiment of a conventional CAM cell;

FIG. 2D is a schematic diagram of a binary CAM cell having improved performance;

FIG. 2E is a schematic diagram of a dummy binary CAM cell;

FIG. 3A is a schematic diagram of the driving circuits associated with a single match line;

FIG. 3B is a block diagram of a sense circuit;

FIG. 3C is a schematic diagram of an embodiment of a sense circuit that may be used to detect the signal on a match line;

FIGS. 4A and 4B are schematic diagrams of an embodiment of two match line detection mechanisms;

FIGS. 5A and 5B are timing diagrams for the match line detection mechanisms shown in FIGS. 4A and 4B, respectively;

FIG. 6 is a schematic diagram of another embodiment of a match line detection mechanism;

FIG. 7 is a timing diagram for the match line detection mechanism shown in FIG. 6;

FIG. 8A is a schematic diagram of an embodiment of a conventional ternary CAM cell;

FIG. 8B is a schematic diagram of a ternary CAM cell having improved performance;

FIG. 8C is a schematic diagram of a dummy ternary CAM cell; and

FIGS. 9A, 9B, and 10 are schematic diagrams of three match line detection mechanisms for ternary CAM cells.

## DESCRIPTION OF THE SPECIFIC EMBODIMENTS

FIG. 1A is a block diagram of a conventional content addressable memory (CAM) unit **100*a***. CAM unit **100*a*** includes a CAM array **110*a*** coupled to sense circuits **150*a***. CAM array **110*a*** is a two-dimensional array of M rows by N columns of CAM cells **120**. Each row of the CAM array includes N cells that collectively store data for an entry in the array. Each row is further associated with a respective match line **130** that couples to all CAM cells in the row and further couples to sense circuits **150*a***.

Each of the N columns of the CAM array is associated with a specific bit position of an N-bit input address. A differential address line **132** is provided for each address bit and couples to all cells in the corresponding column of the CAM array. In this way, each bit of the N-bit input address may be compared with each of the M bits stored in the M cells in the corresponding column. The N-bit input address may thus be provided to all M rows of the CAM array and simultaneously compared against all entries in the array.

Typically, before performing the comparison between the input address and the entries in the CAM array, the M match lines for the M rows of the array are pre-charged to logic high (e.g., $V_{DD}$). For each row, if any cell in the row is not matched to the corresponding address bit, then the output transistor for that cell is turned ON and the match line is pulled to logic low (e.g., $V_{SS}$). Thus, for any given row, the match line remains at logic high (i.e., not pulled to $V_{SS}$) only if the output transistors for all N cells in the row are turned OFF, which only occurs if each bit for the input address matches the bit in the corresponding cell of the row. The match line for each row is thus at logic high for a match between the entry in that row and the input address, and is at logic low if there is no match (i.e., a mismatch) between the entry and the input address.

FIG. 1B is a block diagram of a CAM unit **100*b*** having improved performance. CAM unit **100*b*** includes a CAM array **110*b*** coupled to sense circuits **150*b***. CAM array **110*b*** is a two-dimensional array of M rows by N columns of CAM cells **122**. Each row of the CAM array includes N cells that collectively store data for an entry in the array. Each row is further associated with a respective match line **130** and a dummy line **131** that couple to all CAM cells in the row and further couples to sense circuits **150**.

CAM array **110*b*** further includes a column of M dummy CAM cells **124**, one dummy CAM cell for each row. Dummy CAM cells **124** allow for differential detection of the values stored in CAM cells **122**, which are provided on match lines **130** and dummy lines **131**, as described in further detail below.

FIG. 2A is a simple representation for a CAM cell **120*x***, which is one of many CAM cells **120** in FIG. 1A. CAM cell **120*x*** receives a differential address line, mbl and $\overline{\text{mbl}}$, for a single bit of the input address and further couples to a single match line for one row of the CAM array.

FIG. 2B is schematic diagram of a specific design of CAM cell **120*x***, which may be used for each of the CAM cells **120** in FIG. 1A. CAM cell **120*x*** includes a memory cell **210*x*** coupled to a comparison circuit **230*x***. Memory cell **210*x*** (which may also be referred to as a storage element or storage cell) is used to store a single bit value. Comparison circuit **230*x*** is used to compare the stored bit value against an address bit.

As shown in FIGS. 2A and 2B, memory cell **210*x*** comprises a pair of cross-coupled inverters **212*a*** and **212*b***. Each inverter **212** is formed by a P-channel transistor **214** coupled to an N-channel transistor **216**, as shown in FIG. 2B. The gates of transistors **214** and **216** couple together and form the input of the inverter, and the drains of these transistors similarly couple together and form the output of the inverter. The output of inverter **212*a*** couples to the input of inverter **212*b***, the drain of an N-channel transistor **218*a***, and a complementary data line ($\overline{\text{d}}$) **220*a***. Similarly, the output of inverter **212*b*** couples to the input of inverter **212*a***, the drain of an N-channel transistor **218*b***, and a data line (d) **220*b***. The gates of transistors **218*a*** and **218*b*** couple to a word line (wl), the source of transistor **218*a*** couples to a complementary bit line ($\overline{\text{bl}}$) **224*a***, and the source of transistor **218*b*** couples to a bit line (bl) **224*b***.

A data bit may be stored to memory cell **210*x*** as follows. Initially, word line **222** is pulled to logic high to turn ON

either transistor **218***a* or **218***b*. The logic value on the differential bit line ($\overline{bl}$ and bl) is then stored to the memory cell and maintained by inverters **212***a* and **212***b*. For example, if the complementary bit line ($\overline{bl}$) is at logic low and the bit line (bl) is at logic high, then transistor **218***a* is turned ON and transistor **218***b* is turned OFF. The complementary data line ($\overline{d}$) is then pulled to logic low, which then causes the output of inverter **212***b* to transition to logic high. This then turns ON transistor **216***a* and causes the output of inverter **212***a* to transition to logic low. After the bit value has been written to memory cell **210***x*, the word line is brought to logic low and the value is maintained by inverters **212***a* and **212***b* via a positive feedback mechanism. The process to store a bit of the opposite logic value proceeds in a complementary manner.

Comparison circuit **230***x* comprises a pair of N-channel transistors **232***a* and **232***b* and an N-channel output transistor **240**. Transistors **232***a* and **232***b* have gates that couple to data lines **220***a* and **220***b*, respectively, sources that couple to an address line (mbl) **132***xa* and a complementary address line ($\overline{mbl}$) **132***xb*, respectively, and drains that couple together and to the gate of transistor **240**. The source of transistor **240** couples to circuit ground (e.g., $V_{SS}$) and the drain of transistor **240** couples to a match line **130***x* for the row to which CAM cell **120***x* belongs.

Comparison circuit **230***x* operates as follows. If the address bit is not the same as the stored bit in memory cell **210***x*, then the value on address line (mdl) **132***xa* is the same as the value on complementary data line ($\overline{d}$) **220***a*, and the value on complementary address line ($\overline{mbl}$) **132***xb* is the same as the value on data line (d) **220***b*. In this case, node C will be at logic high (i.e., a high voltage level), and transistor **240** will be turned ON to indicate a mismatch. Alternatively, if the input address is the same as the stored bit in memory cell **210***x*, then node C will then be pulled to logic low by either transistor **232***a* or **232***b*, and output transistor **240** will be turned OFF to indicate a match. The ON state for output transistor **240** thus indicates a mismatch and the OFF state indicates a match.

FIG. 2C is a logical representation for memory cell **210***x*. Inverters **212***a* and **212***b* are cross-coupled so that the output of one inverter drives the input of the other inverter. Inverters **212***a* and **212***b* are thus coupled in a positive feedback circuit configuration. Transistors **218***a* and **218***b* act as switches that can be selectively turned ON to store a data value, which is then maintained by inverters **212***a* and **212***b*.

FIG. 2D is schematic diagram of a specific design of a CAM cell **122***x*, which may be used for each of the CAM cells **122** in FIG. 1B. CAM cell **122***x* includes a memory cell **210***x* coupled to a comparison circuit **231***x*. Memory cell **210***x* is used to store a single data bit value, and is described above with reference to FIG. 2B.

Comparison circuit **231***x* comprises a pair of N-channel transistors **232***a* and **232***b* and an N-channel output transistor **240** used to drive match line **130***x*. These transistors are described above with reference to FIG. 2B. Comparison circuit **231***x* further comprises a dummy N-channel output transistor **242** used to provide the proper loading for dummy line **131***x*. The gate of dummy transistor **242** is coupled to logic low, and the dummy transistor is turned OFF. Dummy transistor **242** has a physical dimension that is the same as output transistor **240**. In an embodiment, dummy transistor **242** is located near output transistor **240** and is oriented in the same direction.

FIG. 2E is schematic diagram of a specific design of a dummy CAM cell **124***x*, which may be used for each of the



dummy CAM cells **124** in FIG. 1B. Dummy CAM cell **124***x* includes a memory cell **210***x* coupled to a comparison circuit **233***x*. Memory cell **210***x* is used to store a single data bit value, and is described above with reference to FIG. 2B. Comparison circuit **233***x* includes circuitry used to drive match line **130***x* and dummy line **131***x*. In particular, comparison circuit **233***x* comprises transistors **232***a*, **232***b*, and **240***x* coupled in the manner described above with reference to FIG. 2B and used to drive match line **130***x*. Comparison circuit **233***x* further comprises a pair of N-channel transistors **234***a* and **234***b* and an N-channel output transistor **242***x* used to drive dummy line **131***x*.

Transistors **234***a*, **234***b*, and **242***x* are coupled in similar manner as transistors **232***a*, **232***b*, and **240***x* for the match line, except that the gates of transistors **234***a* and **234***b* couple to the data line (d) and the complementary data line ($\overline{d}$), respectively. Thus, if transistor **242***x* is turned ON, then transistor **240***x* will be turned OFF. Otherwise, transistor **242***x* is turned OFF and transistor **240***x* will be turned ON. When transistor **240***x* is turned ON, the CAM row is disabled and the match line is asserted to mismatch status.

In an embodiment, transistors **242***x* has a physical dimension that is different from that of the other output transistors for the CAM cells within the same row. If the ratio of the width over the length of transistor **240***x* is normalized to be equal to 1

$$\left(\text{i.e., } \frac{W_0}{\alpha L_0} = 1\right),$$

then the ratio of the width over the length of transistor **242***x* may be expressed as being equal to x, where

$$x = \frac{W}{\alpha L}.$$

In an embodiment, x=0.5, which may be obtained by doubling the length of transistor **242***x* relative to that of transistor **240***x*

$$\left(\text{i.e., } x = \frac{W_0}{2\alpha L_0}\right)$$

or by reducing the width of transistor **242***x* relative to that of transistor **240***x*

$$\left(\text{i.e., } x = \frac{W_0/2}{\alpha L_0}\right).$$

The function performed by dummy CAM cell **124** is described in further detail below.

FIG. 3A is a schematic diagram of the driving circuits associated with a single match line **130***x*. As shown in FIG. 1A, each match line **130** traverses the entire row of CAM array **110***a* and couples to output transistor **240** of each CAM cell **120** in the row. In FIG. 3A, transistors **240***a* through **240***n* thus represent the N output transistors for N CAM cells **120***xa* through **120***xn* in the row to which match line **130***x* is associated with. Each match line is further associated with a P-channel pre-charge transistor **310** and an output buffer **320**.

The comparison of an entry for a row of CAM cells against the input address is performed as follows. Initially, the gate voltage of output transistors **240***a* through **240***n* are pre-set to logic low to turn OFF these transistors, and

pre-charge transistor **310** is turned ON (by bringing the Pch control signal to logic low) to pre-charge match line **130x** to a high level (e.g., $V_{DD}$). Pre-charge transistor **310** is then turned OFF, and the input address is written to address lines **132a** through **132n** (see FIG. 1A). The comparison circuit in each CAM cell in the row then operates to compare the stored bit in the CAM cell against the input address bit for that CAM cell. Depending on the stored value in each CAM cell and its input address bit, the output transistor for the CAM cell may be turned OFF for a match or turned ON for a mismatch, as described above.

If all N bits for the row are matched, then all N output transistors **240a** through **240n** are turned OFF, and match line **130x** remains at the pre-charged level (e.g., of $V_{DD}$). Otherwise, if one or more bits are not matched, then each mismatched bit causes the corresponding output transistor to turn ON. If any of the N output transistors is turned ON, then those transistors would then discharge the match line (i.e., pull the match line to logic low or $V_{SS}$). Thus, the match line remains at logic high if the input address matches the stored content of the CAM cells in the row, and transitions to logic low if the input address does not match the stored content. Output buffer **320** buffers the match line and drives the subsequent circuitry.

As noted above, the match line configuration shown in FIG. **3A** has several disadvantages related to speed and power. First, speed may be limited by the wired-OR design of the match line. Each row may include a large number of cells. If only one bit in the entire row mismatches, then only one output transistor will be turned ON and this transistor would need to pull the entire match line toward $V_{SS}$. In this case, a long time may be required to discharge the match line, which would then limit the speed at which the CAM array may be operated. Second, excessive power may be consumed by discharging all match lines that mismatch (which is typically all but one match line) toward $V_{SS}$. These disadvantages are ameliorated by the match line configurations described below.

FIG. 3B is a block diagram of a differential sense circuit **410** that may be used to detect a signal (or voltage) on a match line. One sense circuit **410** may be coupled to each of the M match lines for the CAM array in FIG. 1A. Sense circuits **150** may thus include M sense circuits **410**. Sense circuit **410** may be implemented with a current mirror type, a cross-coupled latch type, or some other design. A reference generator **411** provides a reference voltage for one input of sense circuit **410**, and the match line couples to the other input of the sense circuit. Reference generator **411** may be implemented with dummy transistors (as described below), a voltage divider that can provide a constant voltage, or some other design.

FIG. 3C is a schematic diagram of an embodiment of a sense circuit **410a** that may be used to detect a signal (or voltage) on a match line. In the embodiment shown in FIG. 3C, sense circuit **410a** includes a pair of inverting amplifiers **412a** and **412b** cross-coupled so that the output of one amplifier drives the input of the other amplifier. Amplifiers **412a** and **412b** are thus coupled in a positive feedback circuit configuration. Transistor **418a** couples to one input of amplifier **412a** and to the match line at node M, and transistor **418b** couples to one input of amplifier **412b** and to an output from reference generator **411** at node D. Nodes M and D effectively provide a differential drive for the pair of cross-coupled amplifiers **412a** and **412b**. Inverting buffers **424a** and **424b** provide buffering for the detected data bit from inverters **412a** and **412b**, respectively, and further derive the Out A and Out B outputs. The operation of sense circuit **410a** is described below.

FIG. 4A is a schematic diagram of a match line detection mechanism **400**, which may be used in conjunction with the inventive CAM cells **122** and dummy CAM cells **124** in CAM unit **100b** in FIG. 1B, in accordance with an embodiment of the invention. Similar to FIG. 3A, match line **130x** couples to N output transistors **240a** through **240n** for N CAM cells **122xa** through **122xn** and to output transistor **240x** for dummy CAM cell **124x** in a specific row of the CAM array. Match line **130x** further couples to a P-channel transistor **310a**, which is used to pre-charge the match line (e.g., to $V_{DD}$) at the start of each detection cycle. Match line **130x** further couples to a first input (node M) of a sense circuit **410x**, which is used to sense the signal or voltage on the match line. Sense circuit **410x** is a specific embodiment of sense circuit **410** in FIG. 3B.

Dummy line **131x** couples to N dummy transistors **242a** through **242n** for N CAM cells **122xa** through **122xn** and to dummy transistor **242x** for dummy CAM cell **124x** in the same row of the CAM array as the associated match line **130x**. Dummy transistors **242x** and **242a** through **242n** are used to generate a reference signal for sense circuit **410x**, and may thus be viewed as one implementation of reference generator **411** in FIG. 3B. Dummy transistors **242a** through **242n** mimic the loading observed on match line **130x**. Dummy line **131x** also couples to a P-channel transistor **310b**, which is used to pre-charge the dummy line at the start of each detection cycle. Dummy line **131x** further couples to a second input (node D) of sense circuit **410x**.

As shown in FIG. 4A, dummy transistors **242a** through **242n** for CAM cells **122xa** through **122xn** are each dimensioned with a normalized size of 1 (i.e., W/L→1, where W is the width and L is the channel length of the transistor). Output transistors **240a** through **240n** for the CAM cells and output transistor **240x** for dummy CAM cell **124x** are each also dimensioned with the normalized size of 1. However, dummy transistor **242x** for dummy CAM cell **124x** is dimensioned with a normalized size of less than 1 (i.e., $x<1$) and thus has reduced drive capability in comparison to each output transistor **240**. In one specific embodiment, $x \approx 0.5$. As also shown in FIG. 4A, all dummy transistors **242a** through **242n** in the CAM cells are turned OFF by grounding the gates of these N-channel dummy transistors. However, dummy transistor **242x** for dummy CAM cell **124x** may be turned ON and has a size that is only a fraction (e.g., half) of the size of the other output and dummy transistors.

In the match situation, all of the transistors coupled to the match line (i.e., transistors **240a** through **204n** and **240x**) will be turned OFF, and the match line will not be discharged. However, the dummy line will be discharged through dummy transistor **242x** (which has a size that is a fraction x) and the dummy line voltage will be lower than the match line voltage. Conversely, in the mismatch situation, even if only one bit is mismatched, the match line will be discharged through the one or more transistors **240** for the mismatched CAM cells (which have a size of 1) at a speed faster than dummy line. In this case, the match line voltage will be lower than that of the dummy line voltage.

In the specific embodiment of sense circuit **410x** shown in FIG. 4A, N-channel transistors **418a** and **418b** have gates that couple together and to an En1 control signal and sources that couple to ground (e.g., $V_{SS}$). In an embodiment, amplifiers **412a** and **412b** are designed as inverters with gains, and are thus referred to as simply inverters. Inverters **412a** and **412b** couple to transistors **418a** and **418b**, respectively, and further to inverters **424a** and **424b**, respectively. Each inverter **412** comprises a P-channel transistor **414** coupled to an N-channel transistor **416**. The gates of transistors **414a**

and 416*a* couple together and form one input of inverter 412*a* (node F). The source of transistor 414*a* couples to the drain of transistor 416*a* and form the output of inverter 412*a*, which couples to the gates of transistors 414*b* and 416*b* and to the input of inverting buffer 424*b*. Similarly, the gates of transistors 414*b* and 416*b* couple together and form one input of inverter 412*b* (node G). The source of transistor 414*b* couples to the drain of transistor 416*b* and form the output of inverter 412*b*, which couples to the gates of transistors 414*a* and 416*a* and to the input of inverting buffer 424*a*. The sources of N-channel transistors 416*a* and 416*b* couple to the drains of transistors 418*a* and 418*b*, respectively. The drains of transistors 414*a* and 414*b* couple together.

A P-channel transistor 422 has a gate that couples to an En2 control signal, a source that couples to the drains of transistors 414*a* and 414*b*, and a drain that couples to the upper voltage supply (e.g., $V_{DD}$). The inputs of inverting buffers 424*a* and 424*b* couple to the outputs of inverters 412*b* and 412*a*, respectively, and the outputs of buffers 424*a* and 424*b* drives the Out A and Out B outputs, respectively.

The voltage on node M represents the signal on the match line 130*x* to be detected. The voltage on node D represents the reference signal to which the voltage on node M is compared against. Inverters 412*a* and 412*b* amplify the voltage difference between nodes M and D.

The reference signal at node D is generated by dummy transistors 242*x* and 242*a* through 242*n*. The reference signal may be determined, in part, by selecting the proper sizes for dummy transistors 242*x* and pre-charge transistor 310*b*, which is usually equal to transistor 310*a*.

FIG. 5A is a timing diagram for match line detection mechanism 400 in FIG. 4A. This timing diagram shows various control signals for sense circuit 410*x* to detect the signal (or voltage) on match line 130*x*, the voltages at nodes M and D, and the sense circuit outputs. The control signals are generated based on a clock signal, which is shown at the top of FIG. 5A for reference. The operation of the sense circuit is now described in reference to both FIGS. 4A and 5A.

Initially, prior to time $T_1$, the Pch and En2 control signals are at logic high, the En1 control signal is at logic low, and the voltages at nodes M and D are pre-set to $V_{SS}$. At time $T_1$, which may correspond to the rising (or leading) edge of the clock signal, the Pch control signal is brought to logic low, which then turns ON transistors 310*a* and 310*b*. At approximately the same time $T_1$, the address to be compared are written in through the address line (mbl) and its complementary address line ($\overline{\text{mbl}}$), the comparison circuits for the CAM cells coupled to the match line are enabled. Each of the N output transistors 240 for these comparison circuits may thereafter be turned ON or OFF depending on its comparison result. In a typical design, the comparison circuits could be enabled either before or after time $T_1$ when the pre-charge is finished.

Upon being turned ON at time $T_1$, transistor 310*a* starts pre-charging match line 130*x* toward $V_{DD}$, and transistor 310*b* similarly starts pre-charging dummy line 131*x* toward $V_{DD}$. If there is a match between the input address and the contents of the CAM cells in the row corresponding to the match line, then all N output transistors 240*a* through 240*n* will be turned OFF, and transistor 310*a* is able to pre-charge the match line to a higher voltage and faster, as shown by plot 512 in FIG. 5A. In comparison, since transistor 242*x* coupled to dummy line 131*x* is turned ON, transistor 310*b* is able to pre-charge the dummy line at a slower rate, as shown by plot 514 in FIG. 5A. Thus, if there is a match, then the voltage on match line 130*x* is higher than the voltage on dummy line 131*x*.

Conversely, if there is a mismatch between the input address and the CAM cell contents, then at least one output transistor 240 coupled to match line 130*x* will be turned ON, and the voltage on the match line will be pre-charge more slowly, as shown by plot 522 in FIG. 5A. Although transistor 242*x* coupled to dummy line 131*x* is also turned ON, it is only a fraction of the size of the output transistors 240 coupled to the match line and discharges at a fraction of the rate of transistor 240. As a result, transistor 310*b* is able to pre-charge the dummy line at a faster rate than for the match line, as shown by plot 524 in FIG. 5A. Thus, if there is a mismatch, then the voltage on dummy line 131*x* is higher than the voltage on match line 130*x*.

At time $T_2$, the Pch control signal is brought to logic high, which then turns OFF transistors 310*a* and 310*b*. The pre-charge is stopped at this point. If there is a match, then all N output transistors 240*a* through 240*n* are turned OFF, and the voltage on the match line is maintained at the same level, as shown by plot 512 in FIG. 5A. In contrast, the voltage on the dummy line is continuously discharged (i.e., pulled toward $V_{SS}$) by the one dummy transistor 242*x* that is turned ON, and the voltage at node D is pulled lower as shown by plot 514 in FIG. 5A.

Conversely, if there is a mismatch, then at least one output transistor 240 coupled to the match line will be turned ON, and the voltage on the match line is discharged by the output transistor(s) that are turned ON, as shown by plot 522 in FIG. 5A. Since the output transistor coupled to the match line is larger than the ON dummy transistor 242*x* coupled to the dummy line, the match line is pulled toward $V_{SS}$ at a faster rate. Moreover, since the voltage on the match line is lower than that on the dummy line for a mismatch, the voltage on the match line will continue to be even much lower than that on the dummy line as both the match and dummy lines are pulled toward $V_{SS}$ starting at time $T_2$.

At time $T_3$, the En1 control signal is brought to logic high and the En2 control signal is brought to logic low. The logic high on the En1 control signal turns ON transistors 418*a* and 418*b*, and the logic low on the En2 control signal turns ON transistor 422. These control signals enable sense circuit 410*x* by turning ON transistors 418*a*, 418*b*, and 422.

With sense circuit 410*x* enabled, the voltages at nodes M and D are detected and the voltage difference is amplified by the pair of inverters 412*a* and 412*b* cross-coupled to provide positive feedback. Inverters 412*a* and 412*b* then drive their outputs to opposite rails, with the polarity being dependent on the sign of the detected voltage difference.

In particular, if there was a match, then the voltage on node M is higher than the voltage on node D, as shown by plots 512 and 514 in FIG. 5A. This then turns ON transistor 416*b* more (i.e., sinks more current), which then pulls node F lower. The lower voltage on node F turns ON transistor 414*a* more and turns OFF transistor 416*a* more, which then pulls node G higher. The higher voltage on node G turns OFF transistor 414*b* more and turns ON transistor 416*b* more. In this way, the voltage at node F is pulled low toward $V_{SS}$, and the voltage at node G is pulled high toward $V_{DD}$ (i.e., the voltages at these two nodes are pulled apart and toward their respective rail voltages).

Conversely, if there was a mismatch, then the voltage on node D is higher than the voltage on node M, as shown by plots 522 and 524 in FIG. 5A. This then turns ON transistor 416*a* more, which then pulls node G lower. Transistor 414*b* is then turned ON more, which then pulls node F higher. The voltage at node F is thus pulled toward $V_{DD}$, and the voltage

at node G is pulled toward $V_{SS}$. In a typical implementation, before the sensing the voltages of nodes D and M starts, nodes F and G are equalized as shown in FIG. 5A.

Thus, shortly after sense circuit **410x** is enabled by the En1 and En2 control signals, inverters **412a** and **412b** sense the voltage on node M relative to the voltage on node D, and the sensed difference is provided via buffers **424a** and **424b** to the Out A and Out B outputs. At time $T_4$, Out A is at logic high if there was a match and at logic low if there was a mismatch, and Out B is at logic low if there was a match and at logic high if there was a mismatch, as shown by the plots for these outputs in FIG. 5A.

After time $T_3$, transistors **418a** and **418b** are turned ON and respectively pull the voltages at nodes M and D slowly toward $V_{SS}$ because of the big capacitance from a large number of transistors coupled to these nodes.

If there was a match, then transistors **414a** and **416b** are both turned ON, and transistors **414b** and **416a** are both turned OFF. Transistor **414a** pulls node G high toward $V_{DD}$. Since transistor **416a** is turned OFF, no current conducts through inverter **412a** after node G has been pulled high. Conversely, transistor **416b** pulls node F low toward $V_{SS}$. Since transistor **414b** is turned OFF, no current conducts through inverter **412b** after node F has been pulled low. Thus, once node F has been pulled low and node G has been pulled high, transistors **418a** and **418b** are able to discharge nodes M and D, respectively, and pull these nodes to $V_{SS}$, as shown in FIG. 5A. Nodes M and D are now ready for the next sense operation in the next clock cycle. The complementary actions occur if there was a mismatch, but the voltages at nodes M and D are also pulled to $V_{SS}$.

Match line detection mechanism **400** has several advantages over the conventional detection mechanism. Detection mechanism **400** may be operated at higher speed and lower power than conventional designs. First, as shown in FIG. 5A, the voltage on the match line is compared against the voltage on the dummy line. The voltages on both the match line and dummy line may be charged to only a fraction of $V_{DD}$ (instead of $V_{DD}$) for reliable detection of the signal on the match line. This may be achieved by (1) properly designing sense circuit **410x**, (2) selecting the proper sizes for transistors **240**, **242**, and **242x**, pre-charge transistors **310a** and **310b**, and (3) providing the proper control signals that determine the times $T_2$, $T_3$, and $T_4$. Second, sense circuit **410x** is able to detect and amplify a small voltage difference between nodes M and D. And third, power consumption is reduced by limiting the signal swing to a fraction of $V_{DD}$ instead of the full $V_{DD}$, as shown in FIG. 5A. Power consumption is proportional to the square of the voltage swing, and a smaller signal swing results in lower power consumption.

FIG. 4B is a schematic diagram of a match line detection mechanism **401**, which may also be used in conjunction with the inventive CAM cells **122** and dummy CAM cells **124** in CAM unit **100b** in FIG. 1B, in accordance with an embodiment of the invention. Similar to FIG. 4A, match line **130x** couples to N output transistors **240a** through **240n** for N CAM cells **122xa** through **122xn**, output transistor **240x** for dummy CAM cell **124x**, and pre-charge transistor **310a**. Match line **130x** further couples to a first P-channel pass transistor **426b**, which couples the match line to sense circuit **410y**. Sense circuit **410y** is a specific embodiment of sense circuit **410** in FIG. 3B.

Dummy line **131x** couples to N dummy transistors **242a** through **242n** for N CAM cells **122xa** through **122xn**, dummy transistor **242x** for dummy CAM cell **124x**, and pre-charge transistor **310b**. Dummy line **131x** further couples to a second P-channel pass transistor **426a**, which couples the dummy line to sense circuit **410y**.

In the specific embodiment of sense circuit $^{410}y$ shown in FIG. 4B, an N-channel transistor **418c** has a gate that couples to a Saen control signal, a source that couples to ground, and a drain that couples to the sources of transistors **416a** and **416b**. Transistors **416a** and **416b** and **418a** and **418b** are coupled as shown in FIG. 4A. However, the drains of transistors **418a** and **418b** couple directly to the upper voltage supply (e.g., $V_{DD}$).

Pass transistors **426a** and **426b** are used to respectively isolate the capacitance on the dummy and match lines from nodes D and M within sense circuit **410y**. The capacitance on each of these lines is relatively high because a number of output or dummy transistors are coupled to the line. The isolation provided by pass transistors **426a** and **426b** allows sense circuit **410y** to operate at a higher speed for sensing operation, since the internal nodes may be charged and discharged at a faster rate with reduced capacitance loading on the internal nodes.

FIG. 5B is a timing diagram for match line detection mechanism **401** in FIG. 4B. This timing diagram shows various control signals for sense circuit **410y** to detect the signal on match line **130x**, the voltages at nodes M and D and nodes F and G, and the sense circuit outputs. The control signals are generated based on a clock signal, which is shown at the top of FIG. 5B for reference.

Initially, prior to time $T_1$, the Pch control signal is at logic low, and the voltages at nodes M and D are pre-charged to $V_{DD}$. Nodes G and F are also pre-charged to $V_{DD}$ via pass transistors **426a** and **426b**, which are turned ON at this time. Near time $T_1$, the Pch control signal is brought to logic high, which then turns OFF transistors **310a** and **310b**. At approximately the same time $T_1$, the address to be compared is written to the address line, and the comparison circuits for the CAM cells are enabled. Each of the N output transistors **240** for these comparison circuits may thereafter be turned ON or OFF depending on its comparison result.

If there is a match between the input address and the contents of the CAM cells, then all N output transistors **240a** through **240n** will be turned OFF, and the match line remains at its pre-charged level, as shown by plot **532** in FIG. 5B. In comparison, since transistor **242x** coupled to dummy line **131x** is turned ON, this transistor pulls the dummy line to a lower voltage, as shown by plot **534** in FIG. 5B. Thus, if there is a match, then the voltage on match line **130x** is higher than the voltage on dummy line **131x**. The Iso control signal is at logic low during this time, pass transistors **426a** and **426b** are turned ON, and the dummy and match lines are respectively coupled to nodes G and F of sense circuit **410y**.

At time $T_2$, the Saen control signal is brought to logic high, which then turns ON transistor **418c** and enables sense circuit **410y**. The Iso control signal is also brought to logic high, which then turns OFF pass transistors **426a** and **426b**. The differential voltage between nodes G and F are then amplified by sense circuit **410y** and Outputs A and B are provided as shown in FIG. 5B.

At time $T_3$, the Pch control signal is brought to logic low, the pre-charge transistors **310a** and **310b** are turned ON, and the dummy and match lines are pulled toward $V_{DD}$. At time $T_4$, the Saen and Iso control signals are brought to logic low, the dummy and match lines are coupled to nodes G and F, and these nodes are pulled toward $V_{DD}$ by pre-charge transistors **310a** and **310b** to get ready for the next sensing cycle.

The signal swing for the mismatch situation is also shown in FIG. 5B.

FIG. **6** is a schematic diagram of a match line detection mechanism **600**, which may be used in conjunction with CAM cells **122** and **124** in CAM unit **100***b* in FIG. **1**B, in accordance with another embodiment of the invention. Similar to FIG. **4**A, match line **130***x* couples to N output transistors **240***a* through **240***n* for the N CAM cells in a specific row of the CAM array and further couples to P-channel transistor **310***a*. However, the sources of output transistors **240***a* through **240***n* are coupled to node M of sense circuit **410***x* via a first common line **610***a*, which may be implemented with a metal track in the circuit layout. A row of N dummy transistors **242***a* through **242***n* and **242***x* couples to dummy line **131***x*, which further couples to P-channel transistor **310***b*. The sources of dummy transistors **242***a* through **242***n* and **242***x* are coupled to node D of sense circuit **410***x* via a second common line **610***b*.

FIG. **7** is a timing diagram for match line detection mechanism **600** in FIG. **6**. Similar to FIG. **5**, FIG. **7** shows the control signals, the voltages at nodes M and D, and the sense amplifier outputs for the match line detection. The operation of detection mechanism **600** is now described in reference to both FIGS. **6** and **7**.

The operation of sense circuit **410***x* in FIG. **6** is similar to that described above for detection mechanism **400** in FIG. **4**A. Initially, prior to time $T_1$, the Pch and En2 control signals are at logic high, the En1 control signal is at logic low, and the voltages at nodes M and D are pre-set to $V_{SS}$. At time $T_1$, the Pch control signal is brought to logic low, which then turns ON transistors **310***a* and **310***b*. Near time $T_1$, each of the N output transistors **240** for the CAM cells coupled to the match line is turned ON or OFF based on its comparison result.

If there is a match, then all N output transistors **240** are turned OFF, and the voltage on common line **610***a* is maintained at $V_{SS}$, as shown by plot **712** in FIG. **7**, even though match line **130***x* is pulled toward $V_{DD}$. In contrast, the voltage on common line **610***b* is pulled toward $V_{DD}$ by the one dummy transistor **242***x* that is turned ON, as shown by plot **714** in FIG. **7**. Thus, the voltage on common line **610***b* for the dummy transistors is higher than the voltage on common line **610***a* for the output transistors for a match.

Conversely, if there is a mismatch, then at least one output transistor **240** is turned ON, and common line **610***a* is pulled toward $V_{DD}$ by the ON transistor(s), as shown by plot **722** in FIG. **7**. Since the output transistors **240** coupled to the match line are larger than the ON dummy transistor **242***x* coupled to the dummy line, the match line is pulled toward $V_{DD}$ at a faster rate. Thus, the voltage on common line **610***a* for the output transistors is higher than the voltage on common line **610***b* for the dummy transistors for a mismatch.

At time $T_2$, the Pch control signal is brought to logic high, transistors **310***a* and **310***b* are both turned OFF, and the voltages on the match line, dummy line, and common lines **610***a* and **610***b* are maintained for both the match and mismatch cases. If there was a match, then the voltage on node D is higher than the voltage on node M when transistors **310***a* and **310***b* are turned OFF, as shown by plots **712** and **714** in FIG. **7**. Conversely, if there was a mismatch, then the voltage on node M is higher than the voltage on node D when transistors **310***a* and **310***b* are turned OFF, as shown by plots **722** and **724** in FIG. **7**.

At time $T_3$, the En1 control signal is brought to logic high, the En2 control signal is brought to logic low, and transistors **418***a*, **418***b*, and **422** are turned ON. Inverters **412***a* and **412***b* within sense circuit **410***x* are then enabled. Inverters **412***a* and **412***b* then detect the voltage difference between nodes M and D and further amplify the detected voltage difference. If there was a match, then the voltage on node D will be higher than the voltage on node M (as shown by plots **712** and **714** in FIG. **7**), the outputs of inverters **412***b* (node F) and **412***a* (node G) will be driven to logic high and logic low, respectively, and the Out A and Out B outputs will be driven to logic low and logic high, respectively. Conversely, if there was a mismatch, then the voltage on node M will be higher than the voltage on node D (as shown by plots **722** and **724** in FIG. **7**), the outputs of inverters **412***b* (node F) and **412***a* (node G) will be driven to logic low and logic high, respectively, and the Out A and Out B outputs will be driven to logic high and logic low, respectively.

Starting at time $T_3$, transistors **418***a* and **418***b* respectively pull common lines **610***a* and **610***b* toward $V_{SS}$. Transistors **418***a* and **418***b* should be turned ON long enough to pull the voltage on these common lines to near $V_{SS}$, to prepare for the next sensing cycle.

Match line detection mechanism **600** is a different approach in comparison to match line detection mechanism **400** in FIG. **4**A. Detection mechanisms **400** and **600** may be operated at a higher clock speed since it is not necessary to completely pre-charge the match line to $V_{DD}$ and also not necessary pull the match line to $V_{DD}$ or $V_{SS}$ after the pre-charge period (after the Pch signal has transitioned to logic high). This is because the differential sensing mechanism **410***x* can detect a small voltage difference between nodes D and M. Match line detection mechanisms **400** and **600** also achieve low power operation since the match line and dummy line operate with a small voltage swing rather than a full swing from $V_{SS}$ to $V_{DD}$.

The sense circuits described herein may be used to detect the signal on a match line coupled to a row of "ternary" CAM cells. A ternary CAM cell is one that includes two memory cells or storage elements, with one cell being used to store a data bit and the other cell being used to store a control bit to indicate whether or not a comparison is to be performed for that CAM cell. The additional (or secondary) cell may thus be used to selectively enable or disable the ternary CAM cell from being used in the comparison. If the ternary CAM cell is disabled, then its output does not affect the logic level on the match line to which it is coupled.

FIG. **8**A is a schematic diagram of an embodiment of a conventional ternary CAM cell **120***y*, which may be used for each of the CAM cells **120** in FIG. **1**A. CAM cell **120***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **230***y*. Memory cell **210***y* operates in similar manner as that described above for memory cell **210***x* in FIG. **2**B and is used to store a single data bit. Secondary cell **250***y* is similar in design to memory cell **210***y* and is used to store a single control bit. Secondary cell **250***y* may be programmed in similar manner as for memory cell **210***y*, and may further utilize the same bit line (bl and $\overline{bl}$).

Comparison circuit **230***y* comprises a pair of N-channel transistors **232***a* and **232***b* and a pair of N-channel output transistors **240** and **241**. Transistors **232***a* and **232***b* are coupled to memory cell **210***y* in similar manner as shown in FIG. **2**B for CAM cell **120***x*. Output transistors **240** and **241** are coupled in series and to cells **210***y* and **250***y*. In particular, output transistor **241** has its drain coupled to a match line **130***y* for the row to which CAM cell **120***y* belongs, its source coupled to the drain of transistor **240**, and its gate (labeled as node "K") coupled to the mask line from secondary cell **250***y*. Output transistor **240** has its source coupled to circuit ground (e.g., $V_{SS}$) and its gate (labeled as node "C") coupled to the drains of transistors **232***a* and **232***b*. Output transistors **240** and **241** effectively implement a NAND gate.

Comparison circuit **230***y* operates as follows. If the address bit is not the same as the stored data bit in memory cell **210***y*, then node C will be at logic high to indicate a mismatch. If the control bit on the mask line is at logic high, indicating that the ternary CAM cell is enabled, then node K will also be at logic high. If nodes C and K are both at logic high, then output transistors **240** and **241** are both turned ON, and match line **130***y* is pulled to logic low (e.g., toward $V_{SS}$). Otherwise, if node C is at logic low because of a match or node K is at logic low because the ternary CAM cell is disabled, then one or both of the output transistors will be turned OFF and these transistors will not actively operate on match line **130***y*. Thus, comparison circuit **230***y* of ternary CAM **120***y* cell only pulls the match line to logic low if the CAM cell is enabled for comparison and there was a mismatch between its data bit and the address bit.

FIG. **8B** is a schematic diagram of an embodiment of a ternary CAM cell **122***y*, which may be used for each of the CAM cells **122** in FIG. **1B**. CAM cell **120***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **231***y*. Memory cell **210***y* and secondary cell **250***y* operate in similar manner as that described above for ternary CAM cell **120***y* in FIG. **8A**, and are used to store a single data bit and a single control bit, respectively. Comparison circuit **231***y* comprises the pair of N-channel transistors **232***a* and **232***b* and the pair of N-channel output transistors **240** and **241**, which are coupled in similar manner as described above in FIG. **8A**. Comparison circuit **231***y* further comprises a pair of N-channel dummy transistors **242** and **243**, which are coupled in series and to dummy line **131***y*. In particular, dummy transistor **243** has its drain coupled to dummy line **131***y* for the row to which CAM cell **120***y* belongs, its source coupled to the drain of transistor **242**, and its gate (labeled as node "$\overline{Ki}$") coupled to the inverted mask output of secondary cell **250***y*. Dummy transistor **242** has its source coupled to circuit ground (e.g., $V_{SS}$) and its gate (labeled as node "Ki") coupled to the mask output of secondary cell **250***y*. Dummy transistors **242** and **243** provide the proper loading for dummy line **131***y*. Dummy transistors **242** and **243** have similar physical dimension as output transistors **240** and **241**. In an embodiment, dummy transistors **242** and **243** are located near output transistors **240** and **241** and are oriented in the same direction. The output of the pair of dummy transistors **242** and **243** is always OFF since the gate inputs are complementary.

FIG. **8C** is a schematic diagram of an embodiment of a dummy ternary CAM cell **124***y*, which may be used for each of the dummy CAM cells **124** in FIG. **1B**. Dummy CAM cell **124***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **233***y*. Memory cell **210***y* and secondary cell **250***y* operate in similar manner as that described above for ternary CAM cell **120***y* in FIG. **8A**, and are used to store a single data bit and a single control bit, respectively.

Comparison circuit **233***y* includes circuitry used to drive match line **130***y* and dummy line **131***y*. In particular, comparison circuit **233***y* comprises transistors **232***a*, **232***b*, and output transistors **240***x* and **241***x* coupled in the manner described above with reference to FIG. **8A** and used to drive match line **130***y*. Comparison circuit **233***y* further comprises a second pair of N-channel transistors **234***a* and **234***b* and a second pair of output transistors **242***x* and **243***x* used to drive dummy line **131***y*. Transistors **234***a* and **234***b* and output transistors **242***x* and **243***x* are coupled in similar manner as transistors **232***a* and **232***b* and output transistors **240***x* and **241***x* for the match line, except that the gates of transistors



**234***a* and **234***b* couple to the data line (d) and the complementary data line ($\overline{d}$), respectively.

The output of the pair of transistors **240***x* and **241***x* and the output of the pair of transistors **242***x* and **243***x* are complementary. When the output of transistor pair **240***x* and **241***x* is OFF, the output of transistor pair **242***x* and **243***x* is ON and pulls down the dummy line with fraction of the speed as that of the match line if there is at least one bit mismatch. Conversely, when the output of transistor pair **242***x* and **243***x* is OFF, the dummy line will not be pulled down. But the output of transistor pair **240***x* and **241***x* will be ON and the match line will be pulled down. This would then indicate a mismatch and this row is disabled.

FIG. **9A** is a schematic diagram of a match line detection mechanism **900**, which may be used in conjunction with ternary CAM cells **122***y* and **124***y* in CAM unit **100***b* in FIG. **1B**, in accordance with yet another embodiment of the invention. Similar to FIG. **4A**, a match line **130***y* couples to N pairs of output transistors **240***a* and **241***a* through **240***n* and **241***n* for the N ternary CAM cells **124***ya* through **124***yn* and also to transistors **240***x* and **241***x* for dummy CAM cell **124***y* in a specific row of the CAM array. The gates of output transistors **240***a* through **240***n* couple to the comparison circuit outputs (labeled as C1 through CN) for the N ternary CAM cells, and the gates of output transistors **241***a* through **241***n* couple to the mask outputs (labeled as K1 through KN) of the secondary cells for the N ternary CAM cells. The gates of output transistors **240***x* and **241***x* respectively couple to the comparison circuit outputs (labeled as Cd) and the secondary cell inverted mask output (labeled as $\overline{Kd}$) for dummy ternary CAM cell **124***y*. Match line **130***y* further couples to P-channel transistor **310***a* and a first input of a sense circuit **410***y*, which is used to sense the signal on the match line.

Dummy line **131***y* couples to N pairs of dummy transistors **242***a* and **243***a* through **242***n* and **243***n* for the N ternary CAM cells **124***ya* through **124***yn* and also to transistors **242***x* and **243***x* for dummy CAM cell **124***y* within the same row as the associated match line **130***y*. The gates of dummy transistors **242***a* through **242***n* couple to the inverted mask outputs of the secondary cells, and the gates of dummy transistors **243***a* through **243***n* couple to the mask outputs of the secondary cells. With this connection, the N pairs of dummy transistors **242***a* and **243***a* through **242***n* and **243***n* are always turned OFF. The gates of dummy transistors **242***x* and **243***x* are respectively coupled to the comparison circuit complementary output (labeled as $\overline{Cd}$) and the mask output (labeled as Kd) for dummy ternary CAM cell **124***y*. This dummy transistor pair is turned ON. Again, transistors **242***x* and **243***x* are dimensioned to be a fraction (e.g., half) of the size of the other output transistors. Dummy line **131***y* further couples to P-channel transistor **310***b* and the second input (node D) of a sense circuit **410***y*.

In the specific embodiment shown in FIG. **9A**, sense circuit **410***x* includes inverters **412***a* and **412***b*, N-channel transistors **418***a* and **418***b*, P-channel transistor **422**, and inverting buffers **424***a* and **424***b*, which are coupled together as described above for sense circuit **410***x* in FIG. **4A**.

Sense circuit **410***x* may be used to detect the signal on match line **130***y* in similar manner as that described above for detection mechanism **400** in FIG. **4A** and shown by the timing diagram in FIG. **5**.

FIG. **9B** is a schematic diagram of a match line detection mechanism **901**, which may also be used in conjunction with ternary CAM cells **122***y* and **124***y* in CAM unit **100***b*. Match line detection mechanism **901** is similar to match line detection mechanism **900** in FIG. **9A**. However, match line

130*y* further couples to P-channel pass transistor 426*b* and dummy line 131*y* further couples to P-channel pass transistor 426*a*. Pass transistors 426*a* and 426*b* respectively couple the dummy and match lines to sense circuit 410*y*, similar to the embodiment shown in FIG. 4B. The operation of match line detection mechanism 901 is as described above for FIGS. 4B and 9A.

FIG. 10 is a schematic diagram of a match line detection mechanism 1000, which may be used in conjunction with ternary CAM cells 122*y* and 124*y* in CAM unit 100*b* in FIG. 1B, in accordance with yet another embodiment of the invention. Similar to FIGS. 6 and 9, match line 130*y* couples to N pairs of output transistors 240*a* and 241*a* through 240*n* and 241*n* for the N ternary CAM cells 122 and also to output transistors 240*x* and 241*x* for the dummy ternary CAM cell 124 in a specific row of the CAM array. However, the sources of output transistors 241*a* through 241*n* are coupled to node M of sense circuit 410*y* via first common line 610*x*. Similarly, the sources of dummy transistors 242*a* through 242*n* are coupled to node D of sense circuit 410*y* via second common line 610*y*.

FIG. 10 also shows an embodiment of a sense circuit 410*y*. Sense circuit 410*y* includes inverters 412*a* and 412*b*, N-channel transistors 418*a* and 418*b*, P-channel transistor 422, and inverting buffers 424*a* and 424*b*, which are coupled together as described above for sense circuit 410*x* in FIG. 4A. Sense circuit 410*y* further includes an N-channel transistor 420, a P-channel transistor 430, and an inverter 432. P-channel transistor 430 is coupled in parallel with N-channel transistor 420. The sources of transistors 420 and 430 couple to node F, the drains of transistors 420 and 430 couple to node G, the gate of transistor 420 couples to the input of inverter 432, and the gate of transistor 430 couples to the output of inverter 432. The input of inverter 432 couples to an En3 control signal. Transistors 420 and 430 form a switch that shorts out nodes F and G when enabled by the En3 control signal. The transistors 420 and 430 are used to equalize nodes G and F in each cycle before a match comparison. In a typical implementation of all the above embodiments, these two transistors will be provided to equalize nodes F and G before each match comparison.

Sense circuit 410*y* may be used to detect the signal on common line 610*x* in similar manner as that described above for detection mechanism 600 in FIG. 6 and shown by the timing diagram in FIG. 7. Sense circuit 410*y* may also be used for match line detection mechanisms 400, 600, and 900.

For clarity, specific designs of the sense circuit have been described herein. Various modifications to these circuit designs may also be made, and this is within the scope of the invention. For example, for sense circuit 410*x*, inverters 412*a* and 412*b* may be coupled to match line 130*x* or common line 610*x* via some other configuration, and so on.

The specific timing diagrams shown in FIGS. 5 and 7 are also provided to illustrate the operation of the sense circuit and the match line detection. Variations to the timing shown in FIGS. 5 and 7 may also be made, and this is within the scope of the invention. For example, the En1 control signal may be brought to logic high at time $T_2$ when the Pch control signal is brought to logic high.

The sense circuits and match line detection mechanisms described herein may be used to provide a CAM array having faster speed of operation and lower power consumption. These circuits may also be used for other types of memory (e.g., dynamic random access memory or DRAM), and other integrated circuits (e.g., microprocessors, controllers, and so on).

The circuits described herein may also be implemented in various semiconductor technologies, such as CMOS, bipolar, bi-CMOS, GaAs, and so on.

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What is claimed is:

1. A content addressable memory (CAM) cell comprising:

a memory cell operable to store a bit value; and

a comparison circuit coupled to the memory cell and configured to detect the bit value stored in the memory cell, the comparison circuit including

an output transistor coupled to a match line and configured to provide a drive for the match line based on the detected bit value, and

a dummy transistor coupled to a dummy line and configured to provide a drive for the dummy line based on an inverted detected bit value, wherein the match line and dummy line are used to detect output values provided by other CAM cells also coupled to the match and dummy lines.

2. The CAM cell of claim 1, wherein the comparison circuit further includes

a first pair of transistors configured to receive the detected bit value and provide a drive for the output transistor, and

a second pair of transistors configured to receive the inverted detected bit value and provide a drive for the dummy transistor.

3. The CAM cell of claim 1, wherein the dummy transistor has a smaller dimension and less current flowing through than the output transistor and is located in close proximity to the output transistor.

4. The CAM cell of claim 3, wherein the dummy transistor is approximately half the dimension of the output transistor and is turned ON during sensing operation.

5. A content addressable memory (CAM) cell comprising:

a memory cell operable to store a data bit value;

a secondary cell operable to store a control bit value and a complementary control bit value; and

a comparison circuit coupled to the memory cell and the secondary cell and configured to detect the data bit value stored in the memory cell and the control bit value and the complementary control bit value stored in the secondary cell, the comparison circuit including

a pair of output transistors coupled to a match line and configured to provide a drive for the match line based on the detected data bit value and the detected control bit value, and

a pair of dummy transistors coupled to a dummy line and configured to provide a drive for the dummy line based on the detected control bit value and the detected complementary control bit value,

wherein the match line and the dummy line are used to detect an output value provided by the CAM cell.

6. The CAM cell of claim 5, wherein the dummy transistors have similar dimensions and orientation as the output transistors and located in close proximity to the output transistors.

7. The CAM cell of claim 5, wherein an output of the pair of dummy transistors are OFF during sensing operation.

8. A content addressable memory (CAM) cell comprising:

a memory cell operable to store a data bit value;

a secondary cell operable to store a control bit value; and

a comparison circuit coupled to the memory cell and the secondary cell and configured to detect the data bit value stored in the memory cell and the control bit value stored in the secondary cell, the comparison circuit including

a pair of output transistors coupled to a match line and configured to provide a drive for the match line based on the detected data bit value and the detected control bit value, and

a pair of dummy transistors coupled to a dummy line and configured to provide a drive for the dummy line based on an inverted detected data bit value and the detected control bit value.

9. The CAM cell of claim 8, wherein the comparison circuit further includes

a first pair of transistors configured to receive the detected data bit value and provide a drive for a first output transistor, and

a second pair of transistors configured to receive the inverted detected bit value and provide a drive for a first dummy transistor.

10. The CAM cell of claim 8, wherein the dummy transistors have smaller dimension and less current flowing through than the output transistors, are located in close proximity to the output transistors, and are turned ON during sensing operation.

11. The CAM cell of claim 10, wherein the dummy transistors are approximately half the dimension of the output transistors.

12. A sense circuit for sensing a logic state of a match line in a content addressable memory (CAM), comprising:

a plurality of dummy transistors operative to provide a reference signal;

a first amplifier having an input operatively coupled to the match line, wherein the match line is coupled to a plurality of output transistors for a plurality of CAM cells, each output transistor providing an output value indicative of a comparison result for a respective CAM cell; and

a second amplifier having an input configured to receive the reference signal, wherein the first and second amplifiers are coupled in a positive feedback configuration and operative to amplify a difference between a signal on the match line and the reference signal,

wherein the plurality of output transistors are N-channel transistors having drains that couple to the match line and sources that couple to a first common line, and



wherein the input of the first amplifier is coupled to the first common line.

13. The sense circuit of claim 12, wherein the plurality of dummy transistors are N-channel transistors having drains that couple to a dummy line and sources that couple to a second common line, and wherein the input of the second amplifier is coupled to the second common line.

14. The sense circuit of claim 13, wherein the match line and the dummy line are pre-charged prior to being sensed by the sense circuit.

15. A sense circuit for sensing a logic state of a match line in a content addressable memory (CAM), comprising:

a plurality of dummy transistors operative to provide a reference signal;

a first amplifier having an input operatively coupled to the match line, wherein the match line is coupled to a plurality of pairs of output transistors for a plurality of CAM cells, each pair of output transistors providing an output value indicative of a comparison result for a respective CAM cell; and

a second amplifier having an input configured to receive the reference signal, wherein the first and second amplifiers are coupled in a positive feedback configuration and operative to amplify a difference between a signal on the match line and the reference signal,

wherein each pair of output transistors comprises a pair of series-coupled N-channel transistors having one drain coupled to the match line and one source coupled to a first common line, and wherein the input of the first amplifier is coupled to the first common line.

16. The sense circuit of claim 15, wherein the plurality of dummy transistors comprise a plurality of pairs of series-coupled N-channel dummy transistors, each pair of dummy transistors having one drain coupled to a dummy line and one source coupled to a second common line, and wherein the input of the second amplifier is coupled to the second common line.

17. A method for sensing a logic state of a match line in a content addressable memory (CAM), comprising:

sensing a signal on a first common line, wherein the signal on the first common line is related to a signal on the match line;

providing a reference signal on a second common line based on a plurality of dummy transistors;

determining a difference between the sensed signal on the first common line and the reference signal on the second common line;

amplifying the determined difference with a positive feedback amplifier; and

providing an output value indicative of the logic state of the match line based on the amplified difference.

* * * * *

# Exhibit C

## Andy Bechtolsheim email

Date: Tue, 1 Oct 2002 18:01:12 -0700
Subject: Re: CAM from CMOS Micro Device,Inc.
Content-Type: text/plain; charset=US-ASCII; format=flowed
Mime-Version: 1.0 (Apple Message framework v482)
Cc: avb@cisco.com

To: <paul@cmosmd.com>
From: Andreas Bechtolsheim <avb@cisco.com>
In-Reply-To: <20020522002032.90535.qmail@bjork.linkline.com>
Message-Id: <71B7F61A-D5A2-11D6-A1B7-0030656F1896@cisco.com>
Content-Transfer-Encoding: 7bit

Paul:

I sent you a mutual NDA in a separate email.
Please sign and return by fax to 408-527-8254.

Can you estimate for me in writing the die size, power
and yield for a 20 Mbit, 128K x 160 bit Cisco TCAM4
running at 250 Million lookups per second.

Thanks, Andy

# Exhibit D

https://ecf.cand.uscourts.gov/cgi-bin/RelTransactQry.pl?2850...

CM/ECF Civil Criminal Query Reports Utilities Search Help Log Out

**3:21-cv-01061-JD** Huang v. Hula Networks, Inc.
James Donato, presiding
**Date filed:** 02/10/2021
**Date terminated:** 04/08/2021
**Date of last filing:** 04/09/2021

**Docket Information and Related Docket Entries**
**Case 3:21-cv-01061-JD Document 8**

**Filed:** 04/08/2021
**Entered:** 04/08/2021
**Entered By:** James Donato,
**Event Name(s):** Order
**Full Docket Text for Document 8:**
**ORDER. At plaintiff's request, Dkt. No. 7, the case is dismissed and closed. Defendant Hula Networks is directed to file by April 12, 2021, a notice of the dismissal in MDL No. 3003 pending before the JPML. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Donato, James) (Filed on 4/8/2021)**

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

**No Related Docket Entries**